UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 23  P 12: 08

| | |
|---|---|
| LILA DAVIS,<br><br>       Plaintiff,<br><br>v.<br><br>PILOT CORPORATION OF AMERICA,<br>    JOHN FARRARA, D/B/A PILOT<br>    CORPORATION OF AMERICA,<br>    and PATRICIA ROBERTS, D/B/A<br>    PILOT CORPORATION OF AMERICA<br><br>       Defendants. | CIVIL ACTION NO.<br>301CV2204(DJS)<br><br><br><br><br><br><br><br>October 22, 2003 |

### APPEARANCE OF ALISON JACOBS WICE

Please enter my appearance as attorney for defendant Pilot Corporation of America. This appearance is in addition to those on file.

By: /s/ Alison Jacobs Wice
Alison Jacobs Wice
CT 21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: wicea@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE has been sent, via certified mail return receipt requested, postage prepaid, to counsel of record:

> Max F. Brunswick, Esq.
> 12 Trumbull Street
> New Haven, Connecticut 06511

This 22nd day of October 2003.

Alison Jacobs Wice