UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>PILOT CORPORATION OF AMERICA,<br>    JOHN FARRARA, D/B/A PILOT<br>    CORPORATION OF AMERICA,<br>    and PATRICIA ROBERTS, D/B/A<br>    PILOT CORPORATION OF AMERICA<br><br>        Defendants. | CIVIL ACTION NO.<br>301CV2204(DJS)<br><br>*[filed stamp: United States District Court, District of Connecticut, FILED AT HARTFORD, 11-17-03, Kevin F. Rowe, Clerk, By Deputy Clerk]*<br><br>November 14, 2003 |

**DEFENDANT'S MOTION TO COMPEL
OR, ALTERNATIVELY, TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 37(d), Local Rule of Civil Procedure 9(d), and Judge Squatrito's August 29, 2003 and prior Orders, Defendant, Pilot Corporation of America hereby moves to compel the deposition of Plaintiff, Lila Davis (hereinafter "Plaintiff" or "Davis").

Defendant further moves for an order awarding appropriate sanctions, including, but not limited to, dismissal of Davis' action and the expenses and attorneys' fees caused by Davis' refusal to agree to voluntarily appear for her deposition and the need for and costs of this motion. Fed. R. Civ. P. 37(d)(1), Fed. R. Civ. P. 37(b)(2)(C), D. Conn. L. Civ. R. 37(a). Alternatively, the Court should prohibit Davis from testifying or using her own testimony as evidence for purposes of dispositive motions or at trial. Fed. R. Civ. P. 37(d).

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

A memorandum of law and supporting affidavits are filed herewith.

Respectfully Submitted,

PILOT CORPORATION OF AMERICA

By *[signature]*
Michael J. Soltis
CT 07413
Alison Jacobs Wice
CT21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail: soltism@jacksonlewis.com
       wicea@jacksonlewis.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing MOTION TO COMPEL OR, ALTERNATIVELY, TO DISMISS has been sent *via* Federal Express to the following:

> Max F. Brunswick, Esq.
> 12 Trumbull Street
> New Haven, Connecticut 06511

This 14th day of November 2003.

                                              Alison Jacobs Wice