UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>PILOT CORPORATION OF AMERICA,<br>    JOHN FARRARA, D/B/A PILOT<br>    CORPORATION OF AMERICA,<br>    and PATRICIA ROBERTS, D/B/A<br>    PILOT CORPORATION OF AMERICA<br><br>    Defendants. | CIVIL ACTION NO.<br>301CV2204(DJS)<br><br><br>November 14, 2003 |

**AFFIDAVIT OF MICHAEL J. SOLTIS IN SUPPORT OF**
**DEFENDANT'S MOTION TO COMPEL OR, ALTERNATIVELY, TO DISMISS**

I, Michael J. Soltis, being duly sworn, hereby depose and say that,

1. I am over twenty-one years of age, and I understand and believe in the obligations of an oath.

2. I make this affidavit freely based on my personal knowledge of the facts set forth herein.

3. I am an attorney in the law firm of Jackson Lewis LLP, counsel for the Defendant in the above-captioned matter.

4. Following the Court's March 13, 2003 Ordering Plaintiff to respond to Defendant's June 10, 2002 discovery requests no later than April 11, 2003, Defendant awaited the ordered production before taking steps to take Davis' deposition.

5. On August 27, 2003, counsel for Defendant attended a Status Conference with Judge Squatrito, as scheduled by the Court, to discuss the pending motion to dismiss and motion for another extension of the discovery period. Counsel for Plaintiff did not appear and did not give any advance notice to Counsel for Defendant or, to Counsel's knowledge, to the Court. Counsel for Plaintiff was eventually reached to participate by telephone.

6. On September 23, 2003, Defendant received from Plaintiff a pleading titled "Amended Rule 26(a) Initial Disclosures," dated September 22, 2003, and an additional 21 pages of documents to the more than 4000 pages produced in the early stages of the case.

I have read the above 6 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

Michael J. Soltis

Sworn to before me this
___ day of November 2003

Notary Public/Commissioner
of the Superior Court

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing AFFIDAVIT has been sent *via* Federal Express to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 14th day of November 2003.

*/s/ Alison Jacobs Wice*
Alison Jacobs Wice