UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. |
| Plaintiff, | 301CV2204(DJS) |
| v. | |
| PILOT CORPORATION OF AMERICA, JOHN FARRARA, D/B/A PILOT CORPORATION OF AMERICA, and PATRICIA ROBERTS, D/B/A PILOT CORPORATION OF AMERICA | |
| Defendants. | November 14, 2003 |

**AFFIDAVIT OF ALISON JACOBS WICE IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, TO COMPEL**

I, Alison Jacobs Wice, being duly sworn, hereby depose and say that,

1.  I am over twenty-one years of age, and I understand and believe in the obligations of an oath.

2.  I make this affidavit freely based on my personal knowledge of the facts set forth herein.

3.  I am an attorney in the law firm of Jackson Lewis LLP, counsel for Pilot Corporation of America, Defendant in the above-captioned matter.

4.  I have in good faith conferred and attempted to confer with Davis' attorney to secure a mutually agreeable date for Plaintiff's deposition within the time allowed by the Court. However, those good faith efforts have not resolved these discovery issues.

5.  On October 22, 2003, Counsel for Defendant sent Defendant's renotice of Plaintiff's deposition to Plaintiff's counsel by certified mail return receipt requested. This notice set the deposition of Davis for Tuesday November 18. Plaintiff's counsel did not respond to this notice in any manner.

6.  On Friday November 14, Counsel for Defendant telephoned Plaintiff's counsel to confirm that he and his client would be attending the duly noticed deposition on November 18. Plaintiff's counsel reported for the first time that he has a trial on November 18 and could not attend Plaintiff's deposition.

7.    Counsel for Defendant then reviewed all of the regular business days remaining in November and prior to the Court's deadline for the completion of discovery, to identify a date on which the deposition could proceed.  In response, Plaintiff's counsel reported a conflict or partial conflict for every day between today, November 14 and Wednesday November 26.  Plaintiff's counsel proposed Friday November 28 as the only day on which he was entirely free and that he could "make" his client available on that date.

8.    Counsel for Defendant telephoned Plaintiff's counsel later on November 14 and explained that they were not available on November 28, and offered Plaintiff's counsel the option to proceed on November 24, 25 or 26.  Plaintiff's counsel refused to agree to go forward for a full day on any of these dates.  Plaintiff's counsel reported that of those dates, he was free to proceed for only an indeterminate portion of the day on the afternoon of November 25 and would not be available to continue the deposition the next day.

9.    Counsel for Defendant offered to go forward beginning on the afternoon of November 25 and continue into the evening until the deposition was complete.  Plaintiff's counsel refused to agree to that suggestion.

I have read the above 9 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

Alison Jacobs Wice

Sworn to before me this
14 day of November 2003

Notary Public/Commissioner
of the Superior Court

2

# **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing AFFIDAVIT has been sent

*via* Federal Express to the following:

> Max F. Brunswick, Esq.
> 12 Trumbull Street
> New Haven, Connecticut 06511

This 14th day of November 2003.

Alison Jacobs Wice