UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

2003 NOV 17 P 4: 32

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| LILA DAVIS, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| v. | : | 301CV2204(DJS) |
| PILOT CORPORATION OF AMERICA, | : | |
| JOHN FARRARA, D/B/A PILOT | | |
| CORPORATION OF AMERICA, | : | |
| and PATRICIA ROBERTS, D/B/A | | |
| PILOT CORPORATION OF AMERICA, | : | |
| Defendants. | : | November 14, 2003 |

## MOTION TO EXTEND DISCOVERY DEADLINE

The plaintiff in the above entitled matter respectfully moves to extend the discovery deadline for the taking of the deposition of the plaintiff's former supervisor, Patricia Roberts, to December 31, 2003 for the following reasons:

1.  The plaintiff duly noticed the deposition of Patricia Roberts for October 13, 2003.

2.  The undersigned counsel called defendant's counsel to confirm the deposition.  Defendant's counsel claimed that he never received the notice of deposition and could not go forward on that date, and could not give another date to the undersigned within the scheduling deadline.

WHEREFORE, the plaintiff respectfully moves that the court extend the discovery deadline for the sole purpose of taking the deposition of Patricia Roberts to December 31, 2003 and that all other orders remain as is.

THE PLAINTIFF

By _____
MAX F. BRUNSWICK
Her Attorney
12 Trumbull Street
New Haven, CT 06511
(203)  562-4024
Federal Bar No. 05918

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LILA DAVIS, | : | |
| Plaintiff | : | CIVIL ACTION NO.<br>301CV2204(DJS) |
| v. | : | |
| PILOT CORPORATION OF AMERICA, | : | |
| JOHN FARRARA, D/B/A PILOT | | |
| CORPORATION OF AMERICA, | : | |
| and PATRICIA ROBERTS, D/B/A | | |
| PILOT CORPORATION OF AMERICA, | : | November 14, 2003 |
| Defendants. | : | |

O R D E R

The discovery deadline for the plaintiff to take the deposition of Patricia Roberts is hereby ORDERED:  To December 31, 2003.


Dated at Hartford, Connecticut this _____ Day of _____, 2003.



_____
United States District Judge

CERTIFICATION

This is to certify that a copy of the foregoing Motion To
Extend Discovery Deadline was mailed to the following on
November 14, 2003:

Michael J. Soltis, Esq., Jackson Lewis LLC, P.O. Box 251, Stamford,
    Conn. 06904.

_____
          Max F. Brunswick