UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. |
| Plaintiff, | 301CV2204(DJS) |
| v. | |
| PILOT CORPORATION OF AMERICA, JOHN FARRARA, D/B/A PILOT CORPORATION OF AMERICA, and PATRICIA ROBERTS, D/B/A PILOT CORPORATION OF AMERICA | |
| Defendants. | November 17, 2003 |

## AMENDED MOTION TO COMPEL

In addition to Defendant's Motion to Compel dated November 14, 2003 and made pursuant to Federal Rule of Civil Procedure 37(d), Local Rule of Civil Procedure 9(d), and Judge Squatrito's August 29, 2003 and prior Orders, Defendant, Pilot Corporation of America hereby offers the additional alternative for the Court's consideration pursuant to Local Rule 7(b).

The purpose of this Amended Motion is to propose an additional avenue for the Court to redress the discovery issue caused by Plaintiff and explained in Defendant's November 14 Motion. The November 14 Motion moved the Court for an Order dismissing Plaintiff's action in its entirety; an order compelling Davis to appear for her deposition on November 24, 25 or 26; or an order prohibiting Davis from testifying or using evidence of her own testimony for purposes of dispositive motions or at trial. Fed. R. Civ. P. 37(d), Fed. R. Civ. P. 37(b)(2)(C), D. Conn. L. Civ. R. 37(d). Alternatively, Defendant hereby requests that the Court grant an extension of time for Defendant to take Plaintiff's deposition until January 15, 2004. Defendant further requests

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

that the time for filing dispositive motions and subsequent deadlines set in the Court's August 29, 2003 Order be extended by the same period.

The memorandum of law and supporting affidavits filed with Defendant's Motion to Compel, dated November 14, 2003, provides good cause to grant the requested extension. L.Civ. R. 7(b). The requested extension is further required by: Counsel for Plaintiff's failure to timely inform Defendant of his extensive unavailability for the remainder of the time allowed for Defendant to complete its depositions; his inflexibility in giving Plaintiff's deposition greater or even equal priority to his other clients and other matters; the resultant need for, time and expense of this Motion, and time for the Court to consider and rule on this Motion; and the intervening holidays. Defendant also submits, in light of Counsel for Plaintiff's inflexibility concerning his scheduling of this deposition, that the requested Order include affirmative instruction to Plaintiff's counsel to make himself reasonably available for the deposition and secure his client's availability during that period for one consecutive 8-hour period during regular business hours on which Counsel for Defendant is also available.

WHEREFORE, in the event that the Court does not grant its Motion to Compel or, Alternatively, to Dismiss dated November 14, 2003, Defendant moves this Court to extend the time for it to take Plaintiff's deposition until and including January 15, 2004, and to extend the subsequent pre-trial deadlines by the same period.

Respectfully Submitted,

PILOT CORPORATION OF AMERICA

By: *[signature]*
Michael J. Soltis
CT 07413
Alison Jacobs Wice
CT21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail: soltism@jacksonlewis.com
wicea@jacksonlewis.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing AMENDED MOTION TO COMPEL has been sent *via* Federal Express to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 17th day of November 2003.

*/s/ Alison Jacobs Wice*
Alison Jacobs Wice