UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv2204(DJS) |
| PILOT CORPORATION OF<br>AMERICA, ET AL<br>    **Defendants** | : |

### ORDER

The Defendant's Motion to Compel or, Alternatively, to Dismiss (Doc. #44) is hereby **DENIED**. Defendant's Amended Motion to Compel (Doc. #49) is hereby **GRANTED**. The Plaintiff's Motion to Extend Discovery Deadlines (Doc. #48) is **GRANTED**.

The following scheduling order will control the pretrial proceedings in this case until further order from this Court:

Plaintiff shall take the deposition of the former supervisor, Patricia Roberts by **December 31, 2003**. Defendants shall take their depositions by **January 30, 2004**. Dispositive motions, if any, shall be filed by **February 16, 2004**. If no dispositive motions are filed, a joint trial memorandum shall be filed by **March 12, 2004**, and the case shall be trial ready in **April 2004**. No further extensions shall be granted.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this \_\_\_26th\_\_\_ day of November, 2003.

                                        /s/DJS_____
                                      Dominic J. Squatrito
                                      United States District Judge