UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. |
| Plaintiff, | 301CV2204(DJS) |
| v. | |
| PILOT CORPORATION OF AMERICA, JOHN FARRARA, D/B/A PILOT CORPORATION OF AMERICA, and PATRICIA ROBERTS, D/B/A PILOT CORPORATION OF AMERICA | |
| Defendants. | January 9, 2004 |

**MOTION ON CONSENT TO EXTEND POST-DISCOVERY DEADLINES**

Defendant Pilot Corporation of America ("Pilot"), by and through its attorneys, Jackson Lewis LLP, pursuant to Local Rule 7(b) and with the consent of counsel for Plaintiff Lila Davis' ("Plaintiff" or "Davis") respectfully requests that the Court extend the deadlines set forth in its Order dated November 26, 2003 for procedures and submissions following the completion of discovery by two weeks. In support of this motion, the undersigned counsel for Pilot represents as follows:

1. On December 4, 2003, pursuant to the Court's Order dated November 26, 2003 that all discovery in the above-captioned case be completed by January 30, 2004 and to allow ample time to receive transcripts and prepare a dispositive motion, Pilot duly noticed Plaintiff's deposition to take place on January 9, 2004. (Tabs A & B.)

2. On December 24, 2003, Counsel for Pilot received Plaintiff's Renotice of Deposition dated December 23, 2003, setting the deposition of Patricia Roberts for December 31, 2003,. (Tab C.)

3.  Upon receipt of Plaintiff's Renotice on Christmas Eve, counsel for Pilot notified counsel for Plaintiff that day that he would not able to go forward on December 31. Counsel for Plaintiff offered two business days remaining before that New Years Eve date (December 29 and December 30) as alternatives, but counsel for Pilot also had previously scheduled conflicts for proceeding on those dates.

4.  On January 5, 2004, counsel for Plaintiff reported to counsel for Pilot that he was not available to proceed with Plaintiff's deposition that had been noticed for January 9.

5.  In light of these conflicts and the Court's January 30, 2004 deadline for completion of discovery, the Parties agreed to proceed with Ms. Roberts' deposition on January 14 or 15 (to be determined by counsel for Plaintiff) and Plaintiff's deposition on January 22, the first full day on which both counsel for Pilot and counsel for Plaintiff are available. (Tab D.)

The events reported above required the rescheduling of the remaining depositions in this case for later than originally planned to dates significantly closer in time to the Court's deadline for the filing of dispositive motions and/or filing of a joint trial memorandum and trial readiness. (Tab A.) As such, in order to allow ample time to receive and evaluate the deposition transcripts that will follow and to prepare dispositive motion(s), if appropriate, Pilot respectfully requests extension of those deadline by two weeks, as follows:

    a)  Dispositive motions, if any, to be filed by March 1, 2004;

    b)  If no dispositive motions are filed, a joint trial memorandum to be filed by March 26, 2004; and

    c)  The case shall be trial ready in May 2004.

Counsel for Pilot has conferred with counsel for Plaintiff and he consents to the requested extension of time.

2

**WHEREFORE,** Defendant respectfully requests that the Court grant its Motion On Consent To Extend Post-Discovery Deadlines.

Respectfully Submitted,

PILOT CORPORATION OF AMERICA

By: _____
Michael J. Soltis
CT 07413
Alison Jacobs Wice
CT21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail: soltism@jacksonlewis.com
         wicea@jacksonlewis.com

3

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing MOTION ON CONSENT TO EXTEND POST-DISCOVERY DEADLINES has been sent *via* first class mail, postage prepaid, to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 9th day of January 2004.

_____
Alison Jacobs Wice

4