**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **LILA DAVIS**     **Plaintiff** | : |
| v. | :   CIVIL NO.: 3:01cv2204(DJS) |
| **PILOT CORPORATION OF AMERICA, ET AL**     **Defendants** | : |

**ORDER**

The Motion on Consent to Extend Post-Discovery Deadlines (Doc. #52) is hereby **GRANTED in part.** Discovery shall be completed by **February 13, 2004.** Dispositive motions shall be filed by **March 1, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **March 26, 2004**. This case shall be trial ready **April, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __26th__ day of January, 2004.

                                             /s/DJS
                                             Dominic J. Squatrito
                                             United States District Judge