UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. 301CV2204(DJS) |
| Plaintiff, | |
| v. | |
| PILOT CORPORATION OF AMERICA, | January 29, 2004 |
| Defendant. | |

## DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 7, Defendant Pilot Corporation of America ("Defendant" or "Pilot") hereby moves for leave to file an amended answer. In support of its Motion Defendant submits the attached memorandum of law and shows the following:

1. Defendant's amendment seeks to add only a single defense to its prior answer and affirmative defenses.

2. The defense of after-acquired evidence under the authority of McKennon v. Nashville Banner Publishing Co., 513 U.S. 352 (1995), was obviously one of the objects of discovery and is closely related to issues that have been part of this case since its inception: Defendant's motives for termination of Plaintiff's employment and whether there is any evidence that Defendant would not have taken such action but for Plaintiff's race or color.

3. Defendant has not unduly delayed in filing this Motion and any delay in adding this defense was the sole result of the need to depose Plaintiff and was justified in

light of Defendant's need to verify how Plaintiff procured the hundreds of pages of Pilot's documents she produced as part of her long overdue responses to Defendant's timely and duly served discovery requests. Such information is better known to Plaintiff than Defendant or any representative of Defendant.

4. Amendment of the Answer as requested would require little if any additional discovery.

5. As of the date of this Motion, discovery has not concluded, neither party has filed dispositive motions, and a date certain has not been set for trial.

6. The requested amendment will not result in any prejudice to Plaintiff.

WHEREFORE, Defendant respectfully requests that this Court grant it leave to amend its Answer to include the additional affirmative defense that Plaintiff engaged in wrongdoing during her employment that was of such severity that Plaintiff in fact would have been terminated had Pilot had known of the evidence of that wrongdoing at the time of the discharge.

Respectfully Submitted,

PILOT CORPORATION OF AMERICA

By: _____
Michael J. Soltis
CT 07413
Alison Jacobs Wice
CT21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail: soltism@jacksonlewis.com
         wicea@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing MOTION FOR LEAVE TO AMEND ITS ANSWER AND AFFIRMATIVE DEFENSES has been sent via facsimile transmission and first class mail, postage prepaid, to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511
>Fax. (203) 782-5979

This 29th day of January 2004.

/s/ Alison Jacobs Wice
Alison Jacobs Wice

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. 301CV2204(DJS) |
| Plaintiff, | |
| v. | |
| PILOT CORPORATION OF AMERICA, | January 29, 2004 |
| Defendant. | |

ORDER

Defendant's Motion for Leave to Amend Its Answer and Affirmative Defenses having come before this Court, Defendant's Motion is hereby:

GRANTED / DENIED

This __ date of _____, 2004.

_____
United States District Court Judge