UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. |
| Plaintiff, | 301CV2204(DJS) |
| v. | |
| PILOT CORPORATION OF AMERICA, | |
| | February 13, 2004 |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS
## OR, ALTERNATIVELY, TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37(d), Local Rule of Civil Procedure 37(a), and Judge Squatrito's January 26, 2004 Order, Defendant, Pilot Corporation of America, hereby moves for an order awarding appropriate sanctions, including, but not limited to, dismissal of Plaintiff's action and expenses and attorneys' fees caused by Plaintiff's refusal to comply with Rule 26(a) and Defendant's several discovery requests, specifically Plaintiff's failure to produce disclosures and documents related to Plaintiff's damages calculation, and the need for and costs of this motion. Fed. R. Civ. P. 37(d)(2); Fed. R. Civ. P. 37(b)(2)(C); D. Conn. L. Civ. R. 37(a).

Alternatively, Defendant moves the Court to compel Plaintiff to comply with her continuing Rule 26(a) obligations and to disclose those documents requested in Defendant's January 27, 2004 Supplemental Request for Production of Documents regarding Plaintiff's calculation of damages. Fed. R. Civ. P. 37(a). Further, Defendant hereby moves for an order awarding the expenses, attorneys' fees, and costs incurred by Defendant in filing this motion. Fed. R. Civ. P. 37(a)(4)(A).

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

A memorandum of law and supporting affidavits are filed herewith.

Respectfully Submitted,

PILOT CORPORATION OF AMERICA

By: _____
Michael J. Soltis
CT 07413
Alison Jacobs Wice
CT21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail: soltism@jacksonlewis.com
          wicea@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing MOTION TO DISMISS OR, ALTERNATIVELY, TO COMPEL has been sent *via* Federal Express to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 13th day of February 2004.

_____
Alison Jacobs Wice