UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. 301CV2204(DJS) |
| Plaintiff, | |
| v. | |
| PILOT CORPORATION OF AMERICA, | February 13, 2004 |
| Defendant. | |

## AFFIDAVIT OF ALISON JACOBS WICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, TO COMPEL

I, Alison Jacobs Wice, being duly sworn, hereby depose and say that,

1. I am over twenty-one years of age, and I understand and believe in the obligations of an oath.

2. I make this affidavit freely based on my personal knowledge of the facts set forth herein.

3. I am an attorney in the law firm of Jackson Lewis LLP, counsel for the Defendant in the above-captioned matter.

4. On October 22, 2003, Counsel for Defendant sent Defendant's re-notice of Plaintiff's deposition to Plaintiff's counsel by certified mail return receipt requested. This notice set the deposition of Davis for Tuesday November 18. Plaintiff's counsel did not respond to this notice in any manner.

5. On Friday November 14, Counsel for Defendant telephoned Plaintiff's counsel to confirm that he and his client would be attending the duly noticed deposition on November 18. Plaintiff's counsel reported for the first time that he has a trial on November 18 and could not attend Plaintiff's deposition.

6. On December 11, 2003, Counsel for Defendant sent Plaintiff's Counsel a letter requesting Plaintiff comply with her Rule 26(a) obligations and provide updates of Plaintiff's February 14, 2002 initial damages analysis.

7. On January 15, 2004, Counsel for Defendant personally delivered Plaintiff's Counsel a copy of the December 11, 2002 letter with instructions to respond by January 22, 2004, the date set for Plaintiff's deposition in this case.

8. On February 9, 2004, Defendant's Counsel again requested the updated damages analysis via a telephone call with Plaintiff's Counsel. Plaintiff's Counsel indicated he could not timely comply and therefore Defendant's Counsel requested the information by February 11, 2003.

9. As set forth above, I have in good faith conferred and attempted to confer with Plaintiff's attorney to obtain the requested documents within the time allowed by the Court and applicable Rules. However, those good faith efforts have not resolved these discovery issues.

I have read the above 9 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

_____
Alison Jacobs Wice

Sworn to before me this
13 day of February 2004

_____
Notary Public/Commissioner
of the Superior Court

RENEE E. PIERRE-LOUIS
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 2004

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing AFFIDAVIT has been sent *via* facsimile transmission and first class mail, postage prepaid to the following:

    Max F. Brunswick, Esq.
    12 Trumbull Street
    New Haven, Connecticut 06511

This 13th day of February 2004.

                                          Alison Jacobs Wice