**EXHIBIT D**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LILA DAVIS,

Plaintiff,

v.

PILOT CORPORATION OF AMERICA, JOHN FARRARA, D/B/A PILOT CORPORATION OF AMERICA, and PATRICIA ROBERTS, D/B/A PILOT CORPORATION OF AMERICA

Defendants.

CIVIL ACTION NO. 301CV2204(DJS)

November 14, 2003

**AFFIDAVIT OF MICHAEL J. SOLTIS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL OR, ALTERNATIVELY, TO DISMISS**

I, Michael J. Soltis, being duly sworn, hereby depose and say that,

1. I am over twenty-one years of age, and I understand and believe in the obligations of an oath.

2. I make this affidavit freely based on my personal knowledge of the facts set forth herein.

3. I am an attorney in the law firm of Jackson Lewis LLP, counsel for the Defendant in the above-captioned matter.

4. Following the Court's March 13, 2003 Ordering Plaintiff to respond to Defendant's June 10, 2002 discovery requests no later than April 11, 2003, Defendant awaited the ordered production before taking steps to take Davis' deposition.

5. On August 27, 2003, counsel for Defendant attended a Status Conference with Judge Squatrito, as scheduled by the Court, to discuss the pending motion to dismiss and motion for another extension of the discovery period. Counsel for Plaintiff did not appear and did not give any advance notice to Counsel for Defendant or, to Counsel's knowledge, to the Court. Counsel for Plaintiff was eventually reached to participate by telephone.

6. On September 23, 2003, Defendant received from Plaintiff a pleading titled "Amended Rule 26(a) Initial Disclosures," dated September 22, 2003, and an additional 21 pages of documents to the more than 4000 pages produced in the early stages of the case.

I have read the above 6 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

Michael J. Soltis

Sworn to before me this
14th day of November 2003

Notary Public/Commissioner
of the Superior Court

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing AFFIDAVIT has been sent *via* Federal Express to the following:

Max F. Brunswick, Esq.
12 Trumbull Street
New Haven, Connecticut 06511

This 14th day of November 2003.

Alison Jacobs Wice

**EXHIBIT E**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED BY
SEP - 8 2003
JACKSON LEWIS STAMFORD

LILA DAVIS,
Plaintiff,

v.

PILOT CORPORATION OF AMERICA, JOHN FARRARA, D/B/A PILOT CORPORATION OF AMERICA, & PATRICIA ROBERTS, D/B/A PILOT CORPORATION OF AMERICA,
Defendants.

No. 3:01CV2204 (DJS)

**ORDER**

At a status conference with the parties in the above-captioned case, the undersigned issued the following ruling and orders:

1. Defendants' motion to dismiss **[doc. # 32-1]** is **DENIED**. Defendants' alternate motion to compel **[doc. # 32-2]** is **GRANTED**, as follows: Plaintiff must sign and swear to her interrogatory responses. In addition, plaintiff must specify which of the thousands of pages of documents she produced are claimed to be responsive to the particular requests for production that defendants filed. Plaintiff shall complete these tasks by **September 22, 2003**.

2. Plaintiff has indicated she intends to take only one deposition, that of her supervisor. This deposition shall be taken by **October 31, 2003**.

3. Defendants have indicated that they intend to take several depositions. These depositions shall be taken by **November 28, 2003**.

4. Dispositive motions, if any, shall be filed by **January 16, 2004**.

5. If no dispositive motions are filed, a joint trial memorandum shall be filed by **February 16, 2004**, and the case shall be trial ready in **March 2004**.

**IT IS SO ORDERED** at Hartford, Connecticut on this 29th day of August, 2003.

**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)

**EXHIBIT F**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**LILA DAVIS** :
**Plaintiff**

v. : **CIVIL NO.: 3:01cv2204(DJS)**

**PILOT CORPORATION OF AMERICA, ET AL** :
**Defendants**

**ORDER**

The Defendant's Motion to Compel or, Alternatively, to Dismiss (Doc. #44) is hereby **DENIED.** Defendant's Amended Motion to Compel (Doc. #49) is hereby **GRANTED.** The Plaintiff's Motion to Extend Discovery Deadlines (Doc. #48) is **GRANTED.**

The following scheduling order will control the pretrial proceedings in this case until further order from this Court:

Plaintiff shall take the deposition of the former supervisor, Patricia Roberts by **December 31, 2003**. Defendants shall take their depositions by **January 30, 2004**. Dispositive motions, if any, shall be filed by **February 16, 2004**. If no dispositive motions are filed, a joint trial memorandum shall be filed by **March 12, 2004**, and the case shall be trial ready in **April 2004**. No further extensions shall be granted.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this 26th day of November, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge

**EXHIBIT G**



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**LILA DAVIS** :
**Plaintiff**

**v.** : **CIVIL NO.: 3:01cv2204(DJS)** CLP

**PILOT CORPORATION OF AMERICA, ET AL** :
**Defendants**

FILED
2004 JAN 26 P 2:07
U.S. DISTRICT COURT
HARTFORD CT.

**ORDER**

The Motion on Consent to Extend Post-Discovery Deadlines (Doc. #52) is hereby **GRANTED inpart.** Discovery shall be completed by **February 13, 2004.** Dispositive motions shall be filed by **March 1, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **March 26, 2004**. This case shall be trial ready **April, 2004**.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this 26th day of January, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge

RECEIVED BY
JAN 29 2004
JACKSON LEWIS STAMFORD

**EXHIBIT H**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Tel 203 961-0404
Fax 203 324-4704
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

December 11, 2003

**VIA U. S. MAIL**

Max F. Brunswick, Esq.
Attorney At Law
12 Trumbull Street
New Haven, Connecticut 06511

Re: Lila Davis v. Pilot Corp. of America
301CV2204(DJS)

Dear Mr. Brunswick:

Enclosed for forwarding to and completion by your client in the above-referenced matter is IRS Form 8821. In order to enable processing by the IRS within a reasonable time and in light of the January 30, 2004 deadline recently set by the Court, please have Ms. Davis complete the form as soon as possible and return it to me at the above address within fourteen calendar days from the date of this letter. Please contact me as soon as possible if you expect any difficulty with this time frame.

In the same vein, we have not received any updates of Plaintiff's February 14, 2002[1] damages analysis, which did not include any earnings or other information beyond 2001. Such updates are not only required by the Federal Rules, but also by your recent disclosure that Ms. Davis is currently employed. Additionally, providing such information in advance of Plaintiff's re-noticed deposition will serve both parties' interest in making the deposition more focused and efficient.

---

[1] As you know, the "compilation of damages" portions of Plaintiff's April 15, 2002, May 20, 2002 and September 22, 2003 versions of her 26(a) disclosures repeat, unchanged, the same analysis as reported in the February 14, 2002 disclosures.

I:\Clients\P\Pilot Corp\Davis\Correspondence\Opposing counsel\Brunswick ltr 12-11-03.doc


Attorneys at Law

Max F. Brunswick, Esq.
December 10, 2003
Page 2

I may be reached at the above address and telephone number if you have any questions.

Very truly yours,

JACKSON LEWIS LLP

Alison Jacobs Wice

AJW/rp

Enclosure

cc: Michael J. Soltis, Esq.

Form **8821**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

▶ IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

OMB No. 1545-1165

**For IRS Use Only**
Received by:
Name
Telephone ( )
Function
Date / /

**1 Taxpayer information.**

| Taxpayer name(s) and address (please type or print) | Social security number(s) | Employer identification number |
|---|---|---|
| Lila R. Davis | 133 : 44 : 0001 | |
| | Daytime telephone number ( 203 ) 380-2275 | Plan number (if applicable) |

**2 Appointee.**

Name and address (please type or print)

Mark N. Lion
Jackson Lewis LLP
177 Broad Street, PO Box 251
Stamford, CT 06904

CAF No.
Telephone No. ( 203 ) 961-0404
Fax No. ( 203 ) 324-4704
Check if new: Address ☐ Telephone No. ☐

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a) Type of Tax (Income, Employment, Excise, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| Income | 1040 | 1999 - present | |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.) . . . . . . ▶ ☐
If you checked this box, skip lines 5 and 6.

**5 Disclosure of tax information** (you **must** check the box on line 5a or b unless the box on line 4 is checked):

**a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . ▶ ☐

**b** If you do not want any copies of notices or communications sent to your appointee, check this box . . . . ▶ ☑

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . . . . ▶ ☑
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

Signature ............ Date

Print Name ............ Title (if applicable)

Signature ............ Date

Print Name ............ Title (if applicable)

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use **Form 2848,** Power of Attorney and Declaration of Representative.

Use **Form 56,** Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

**Partnership items.** Sections 6221-6231 authorize a Tax Matters Partner to perform certain acts on behalf of an affected partnership. Rules governing the use of Form 8821 do not replace any provisions of these sections.

**When to file.** Form 8821 must be received by the IRS within 60 days of the date it was signed and dated by the taxpayer.

**Where to file.** Generally, mail or fax Form 8821 directly to the Centralized Authorization File (CAF) Unit at the service center where the related return was, or will be, filed. To find the service center address, see the related tax return instructions. To get the fax number, call **1-800-829-1040.**

If Form 8821 is for a specific tax matter, mail or fax it to the office handling that matter. For more information, see the instructions for line 4.

## Specific Instructions

### Line 1—Taxpayer information

***Individuals.*** Enter your name, TIN, and your street address in the space provided. **Do not** enter your appointee's address or post office box. If a joint return is used, also enter your spouse's name and TIN. Also enter your EIN if applicable.

***Corporations, partnerships, or associations.*** Enter the name, EIN, and business address.

***Employee plan.*** Enter the plan name, EIN of the plan sponsor, three-digit plan number, and business address of the plan sponsor.

***Trust.*** Enter the name, title, and address of the trustee, and the name and EIN of the trust.

***Estate.*** Enter the name, title, and address of the decedent's executor/personal representative, and the name and identification number of the estate. The identification number for an estate includes both the EIN, if the estate has one, and the decedent's TIN.

**Line 2—Appointee.** Enter your appointee's full name. Use the identical full name on all submissions and correspondence. If you wish to name more than one appointee, indicate so on this line and attach a list to the form.

**Note:** *Only the first three appointees you list will be input on the CAF.*

Enter the nine-digit CAF number for each appointee. If an appointee has a CAF number for any previously filed Form 8821 or power of attorney (Form 2848), use that number. If a CAF number has not been assigned, enter "NONE," and the IRS will issue one directly to your appointee.

The CAF number is a number that the IRS assigns to appointees. The appointee's CAF number must be used on all future Forms 8821 or 2848. The IRS does not assign CAF numbers to requests for employee plans and exempt organizations.

**Line 3—Tax matters.** Enter the type of tax, the tax form number, the years or periods, and the specific tax matter. Enter "Not applicable," in any of the columns that do not apply.

In **column (c),** write the years using the YYYY format, for example, "2000." **Do not** use general references such as "all years," or "all periods." If you do, your application will be returned.

You may list any prior years or periods, but for future periods, you are limited to the 3 future periods that end no later than 3 years after the date Form 8821 is received by the IRS. For **employment tax** or **excise tax** returns, enter the applicable quarters of the tax year. For **estate tax** returns, enter the date of the decedent's death instead of the year or period.

In **column (d),** enter any specific information you want the IRS to provide. Examples of column (d) information are: transcript of an account, a balance due amount, a specific tax schedule, or a tax liability.

For requests regarding a **foreign certification** shown on **Form 6166,** Certification of Filing A Tax Return, enter "Form 6166" in column (d) and check the box on line 4.

**Line 4—Specific use not recorded on CAF.** Generally, the IRS records all tax information authorizations on the CAF system. However, authorizations relating to a specific issue are not recorded.

Check the box on line 4 if Form 8821 is filed for any of the following reasons: (1) requests to disclose information to loan companies or educational institutions, (2) requests to disclose information to Federal or state agency investigators for background checks, (3) civil penalty issues, (4) trust fund recovery penalty, (5) application for EIN, or (6) claims filed on **Form 843,** Claim for Refund and Request for Abatement. If you check the box on line 4, your appointee should mail or fax Form 8821 to the IRS office handling the matter. Otherwise, your appointee should bring a copy of Form 8821 to each appointment to inspect or receive information. A specific use tax information authorization does not automatically revoke any prior tax information authorizations.

**Line 6—Retention/revocation of tax information authorizations.** Check the box on this line and attach a copy of the tax information authorization you do not want to revoke.

To revoke an existing authorization, send a copy of the previously executed Form 8821 to the IRS office where it was filed. Write "REVOKE" across the top of the form and sign your name again under the existing signature (line 7). If you do not have a copy of the prior Form 8821, send a letter to the IRS office where you filed it. The letter must indicate that the authority of the tax information authorization is revoked and must be signed by the taxpayer. Include the name and address of each appointee whose authority is revoked.

**Note:** *Filing Form 8821 does not revoke any Form 2848 that is in effect.*

### Line 7—Signature of taxpayer(s)

***Individuals.*** You must sign and date the authorization. **Either** husband or wife must sign if Form 8821 applies to a joint return.

***Corporations.*** Generally, Form 8821 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer, and (4) any other person authorized to access information under section 6103(e).

***Partnerships.*** Generally, Form 8821 can be signed by any person who was a member of the partnership during any part of the tax period covered by Form 8821. See **Partnership items** above.

***All others.*** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Form 8821 is provided by the IRS for your convenience and its use is voluntary. If you designate an appointee to inspect and/or receive confidential tax information, you are required by section 6103(c) to provide the information requested on the form. Under section 6109, you must disclose your social security number (SSN), employer identification number (EIN), or individual taxpayer identification number (ITIN). If you do not provide all the information requested on this form, we may not be able to honor the authorization.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia for use in administering their tax laws. We may also give this information to other countries pursuant to tax treaties.

You are not required to provide the information requested on a form unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Disclosure of the information on this form may be made as provided in section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping,** 7 min.; **Learning about the law or the form,** 12 min.; **Preparing the form,** 24 min.; **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **DO NOT** send Form 8821 to this address. Instead, see **Where to file** on this page.