UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. |
| Plaintiff, | 301CV2204(DJS) |
| v. | |
| PILOT CORPORATION OF AMERICA, | |
| Defendant. | February 27, 2004 |

## AFFIDAVIT OF LAURIE K. FAULKNER

Laurie Faulkner, being first duly sworn, hereby deposes and says that:

1. I am over twenty-one years of age and I understand and believe in the obligations of an oath.

2. I make this affidavit freely, based on my personal knowledge of the facts set forth herein.

3. I am employed as Human Resources Director for Pilot Corporation of America ("Pilot"). I have been employed in that capacity since 1993.

4. Pilot is a multinational company, headquartered in Japan, that produces and distributes pens and related products.

5. During Lila Davis' employment and in addition to the supervisors, the Customer Service Department included: Donna McCausland, Strategic Service Coordinator (Caucasian); Jeanette Hirsch, Secretary (Caucasian); Brenda Smorto, Customer Service Correspondent (Caucasian); Brenda Keller, Customer Service Clerk (Caucasian); Wendy Jennings, Customer

Service Clerk (African-American); Sandra Landro, Senior Customer Service Representative (Caucasian); Customer Service Representative ("CSR") Lila Davis (Plaintiff, African-American); CSR Diane Saksa (Caucasian); CSR Herta Page (Caucasian); and CSR Joyce Carre (Caucasian).

6. In June 1999, a CSR position at Pilot was open due to the discharge of former Pilot employee, Peggy Ann Kelley, a Caucasian woman, for poor performance. (Attachment A.)

7. Prior to termination of Ms. Kelley's employment, Pilot counseled Ms. Kelley that she was expected to maintain an average of 21 to 22 orders entered per day. Ms. Kelley failed to maintain that average and Pilot terminated her employment. (Attachment A.)

8. Pilot hired Plaintiff on June 14, 1999 as a temporary CSR in the vacancy left by former CSR Peggy Ann Kelley.

9. Following termination of Plaintiff's employment, Ms. Roberts and Mr. Ferrara promoted Customer Service Clerk Wendy Jennings, an African-American woman, to the position of CSR.

I have read the above 9 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

*Laurie K. Faulkner* (signature)
LAURIE K. FAULKNER

Subscribed and sworn to before me
this 24th day of February 2004.

*Annette Puma* (signature)
Notary Public
My Commission Expires:    My Commission Expires
Dec. 31, 2005

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing AFFADAVIT with exhibits has been mailed *via* first class mail, postage prepaid, to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 27th day of February 2004.

Alison Jacobs Wice