UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LILA DAVIS, | : | CIVIL ACTION NO. |
| | : | 301CV2204(DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PILOT CORPORATION OF AMERICA, | : | |
| | : | |
| Defendant. | : | February 27, 2004 |
| | : | |

## AFFIDAVIT OF JOHN FERRARA

John Ferrara, being first duly sworn, hereby deposes and says that:

1. I am over twenty-one years of age and I understand and believe in the obligations of an oath.

2. I make this affidavit freely, based on my personal knowledge of the facts set forth herein.

3. I am employed as Customer Service Manager for Pilot Corporation of America ("Pilot"). In that position I am responsible for overseeing the daily activities of Pilot's Customer Service Department. I have been employed in that capacity since 1990.

4. At the time Lila Davis first joined Pilot as a temporary employee in June 1999, Judy DeZenzio was the Assistant Manager of the Customer Service Department. Ms. DeZenzio reported to me and assisted me with management of Pilot's Customer Service Department.

5. In March 2000, Ms. DeZenzio resigned her employment with Pilot.

6.	Before Ms. DeZenzio left Pilot, at my request she provided me with a summary of the Customer Service Department's "Current Customer Service Setup," in which she reviewed the responsibilities and performance of several of the Customer Service employees, including Lila Davis. (Attachment A.) I used this summary for guidance in managing the Customer Service Department until Ms. DeZenzio's replacement started.

7.	Pilot hired Patricia Roberts to replace Ms. DeZenzio as Assistant Customer Service Manager and she started her employment with Pilot in early April 2000.

I have read the above 7 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

_____
JOHN FERRARA

Subscribed and sworn to before me
this 24TH day of February 2004.

_____
Notary Public
My Commission Expires:

My Commission Expires
Dec. 31, 2005

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing AFFADAVIT with exhibits has been mailed *via* first class mail, postage prepaid, to the following:

    Max F. Brunswick, Esq.
    12 Trumbull Street
    New Haven, Connecticut 06511

This 27th day of February 2004.

                        Alison Jacobs Wice