(J. De Cenzio)

## CURRENT CUSTOMER SERVICE SETUP

A. All Commercial accounts over 100k are assigned to CSR's except Sandy Landro (mass mkt.).
B. All CSR's have an assigned backup CSR including Sandy L., Donna M., and Donna B.
   1. The back up CSR has been instructed to be the back up whenever necessary. The backup system is not for absences only. I have intervened on occasion because the backup was also busy so I had to redistribute the work. This will happen more and more with Herta and Sandy.
C. All the CSR's have been empowered to "Solve the Problem". They have been told to make whatever calls are necessary to whoever they need to resolve any issue in the interest of getting the order into the system and shipped.
D. All the forms are now on the Pilot Tool Bar and CSR's have been instructed to use them. The forms ie; Credit, RGA, Phone Inquiry will not be ordered from the printers anymore. If multiple copies are required then they will print the amount necessary.
   1. Bruce has told me he wants to convert the Phone Log to Word and put it on the Tool Bar also. To date he has not done so.
E. Jeanette has set up folders on all the CSR's Mail system so they can manage their assigned accounts. Some of the CSR's have also set up their Address book in Outlook.
F. A CSR Reference shelf with one copy of everything we set up is centrally located above the Fax Machine. Currently the Complete Directory of the Sales Force and Rep Firms assigned by Zip Code and the International Accounts Manual are there.
G. The Customer Service Sign-ons have been standardized. They are called "CSR Basic" and "CSR Advanced". The difference is Advanced has EDI and Basic does not. Sandy Landro has fully trained Lila, Herta, and Joyce in the EDI system. Brenda S. and Brenda K. have the Basic screens.
H. The Correspondence Access Program is in place. Currently Brenda K. is populating the database. Brenda K. checks in all the letters and logs them into the program. When the processing is complete, the person who processed the letter goes in and completes the cycle by putting in the date.
   1. I had envisioned this as the first step of analyzing the correspondence received by Pilot. The form used to populate the database could be expanded to include more detail so the company could better service the consumer.
   2. I also envisioned folding in the Marketing department so they could better market our products and be able to talk to our strengths and weaknesses.
I. Customer Service Manual is about ½ complete. The binders for the CSR's are in the closet.
   1. There needs to be a section outlining the processes and procedures for various functions such as Credits, RGA's, or other things needing routing.

**PILOT 0222**

## HERTA PAGE

1. Is the most proficient at order entry. Herta is also the main backup to Sandy Landro. She is fully trained in EDI and is aware that she will be spending time in EDI daily as the "Back to School" season begins.
2. We have also discussed the addition of SAM CLUB to her key account assignments. Although it is not fully decided, she did say that by pulling all the accounts except Corporate Express/BT Office she feels she could handle that account. The other assigned accounts are minimal for complications so I don't believe that it would be a problem to fold them to the other CSR's.
3. Herta is good with the system. She needs EXCEL training especially if she continues with Corporate Express and she has SAM's added to her responsibilities.
    A. Herta learns quickly but needs some coaching in order for her use the new programs taught her. She needs to build confidence then she is fine.

## LILA DAVIS

1. Lila is very cautious at Order Entry. Each mistake she makes causes her to be even more cautious. This pace generally makes her behind a lot.
2. Her co-worker's chatting a lot distracts her. The distraction also causes her to go behind. I have coached her by telling her to focus on the task at hand, speak up and say that she is becoming distracted, or tell the person that she is behind and if she cannot help out then she has no time to chat. Lila does not want to alienate her co-worker so this is a little delicate for her.
3. Lila is not afraid to ask for anything that she thinks will make her life easier here. She is able to work in EXCEL, Word, and Access. The longer we cannot find a way for her to use these skills the more she will forget.

## JOYCE CARRE

1. Joyce is reluctantly the back up to Namiki. She has no confidence in talking to people over the phones about this line. She feels she still needs training. Donna B does not keep her abreast of the happenings in Namiki. Exp. When she is here or not, visible issues, or if she is unavailable, product info and the like.
2. She is on the 200 line as well as the Namiki line so when she backs up Namiki she pulls double duty.
    a. I have gone down to the Switchboard and told Gloria to put all Namiki calls to the 200 line when Donna B. is not in. This way the calls get answered quicker. The CSR's know that if they can answer the question to do so and if the issue needs to go to Joyce then they can transfer the call if she is available. If she is on a call then a message is necessary. This is the best I can do until the phones are programmed so she can log off the 200 line. There are times when she is on Pilot

business when Namiki business calls because she answered the call on her phone. So the Namiki call has to wait to be called back. She does not have voice mail as Donna B. has.
3. Joyce is conscious and is always caught up. She will search out work so she can remain busy. She makes boxes, puts labels on envelopes or helps out anyway she can.
4. She is very aware of being "taken advantage" of and will say something if she feels it is happening to her.

## DIANE SAKSA

1. Diane never has a problem with the workload. She is always on top of things. She knows the system and can prioritize the work to meet the deadlines assigned.
2. She talks as she works which can cause some distraction for others.
3. She is the backup to Donna M. and handles Boise, Office Depot etc without issue.
4. She services the International Accounts and follows up with all the necessary paperwork. She researched and put together the manual and she knows to maintain the manual as changes occur.
5. She will not use programs like Excel, Outlook, or others. She is not skilled, trained, confident, and adventurous therefore ignores those features that could make her even more efficient. She has developed a manual system that works for now but will be too cumbersome as the amount of work increases to meet the increase revenues. She will not complain but the tasks will be late or she will take shortcuts to meet deadlines. Diane is aware that we are moving to automation but I think she is a bit afraid of the change.

## SANDY LANDRO

1. Sandy is by far the best at the day to day functions and issues. She can make good business decisions, can prioritize tasks accurately, and understands what is at issue to solve problems in the Mass-Market arena.
2. She has trained Lila, Herta, and Joyce in the EDI program. They back her up but Herta is the primary backup.
3. She works exceedingly well with Joyce and if it were not for Namiki Joyce would be the perfect person to add to the Mass-Market segment when the need for an additional CSR becomes necessary. I feel that would be sometime toward the end of this year. I have spoken to Herta her primary backup about this so she is aware that she may be slide over to Mass-Market full time when the need arises.
4. Sandy has created an Excel spreadsheet for some of the accounts she handles. She understands the basics of excel but needs training to enhance the level of service that will be required as time goes on for these accounts. I recommend that she get Intermediate Excel classes soon.

## BRENDA KELLER

1. Brenda's organizational skills are phenomenal. She takes her assignments personally and will create ways to meet all the deadlines she is assigned.
2. She works with Brenda S. in responding to consumer mail. She handles all the responses that fit into the 10 form letters that have been developed. She logs the correspondence into the Access system and routes the letters to the appropriate person.
3. She needs Access training in order to continue to enhance the database that has been started.
4. The Namiki responsibility needs to be removed as soon as possible because the correspondence backlog will continue to grow. She averages about 2 weeks behind now but this will grow rapidly to 4-6 as back to school starts. The 1-2 hours a day she puts into Namiki is much needed in this area. Right now the CSR's aid in stuffing the envelopes with samples and literature but during back to school that aid will not be available so the precious time she gives to Namiki will be at a premium for the correspondence.

## BRENDA

1. Brenda is very self managed. The only real issue is of training. She needs to have training in Word (intermediate and advanced) and Access.
2. Brenda is in my opinion the person that takes the correspondence data from Access and converts it to a report every month. I feel she should also provide any queries needed for specific reasons (mkt., sales etc). The Query Queen.

PILOT 0225