Faulkner, Laurie

| | |
|---|---|
| Subject: | training Brenda K |
| Start: | Thu 04/06/2000 2:00 PM |
| End: | Thu 04/06/2000 3:30 PM |
| Recurrence: | (none) |

trained w/ Brenda...had a better understandng of her functions...
learned we are approx..3 months behind in getting out the correspondence letters



PILOT 0070

**Faulkner, Laurie**

| | |
|---|---|
| Subject: | training w/ Lila |
| Start: | Thu 04/06/2000 9:00 AM |
| End: | Thu 04/06/2000 10:00 AM |
| Recurrence: | (none) |

AS400 (data entry)



PILOT 0071

Faulkner, Laurie

| | |
|---|---|
| **Subject:** | training |
| **Start:** | Thu 04/06/2000 10:30 AM |
| **End:** | Thu 04/06/2000 12:00 PM |
| **Recurrence:** | (none) |

training w/ Diane...went over order entry, handling i/b calls... looking up accts.



PILOT 0072

1

PILOT 0232

| Date | Diane order ent | Line item | # of calls | Herta order ent | line item | # of calls | Joyce order ent | line item | # of calls | Lila order ent | line item | # of calls |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/00 | 41 | 1133 | 20 | 13 | 185 | | 20 | 363 | 23 | 22 | 348 | 9 |
| 3/2/00 | 12 | 395 | 20 | 19 | 460 | | 20 | 410 | 20 | 12 | 169 | 15 |
| 3/3/00 | 24 | 240 | 24 | 26 | 456 | 50 | 16 | 169 | 63 | 15 | 203 | 12 |
| 3/6/00 | 17 | 289 | 16 | 8 | 143 | 10 | 10 | 256 | 10 | 4 | 88 | 15 |
| 3/7/00 | 12 | 222 | 20 | 17 | 445 | | 4 | 332 | 24 | 4 | 124 | 9 |
| 3/8/00 | 14 | 43 | 9 | 12 | 241 | | 18 | 276 | 20 | 9 | 207 | 13 |
| 3/9/00 | 51 | 1841 | 23 | 13 | 237 | | 10 | 164 | 20 | 7 | 161 | 8 |
| 3/10/00 | missing | | 24 | missing | | | missing | | 16 | missing | | 8 |
| 3/13/00 | 13 | 184 | 22 | 14 | 245 | 11 | 10 | 256 | 19 | 7 | 160 | 14 |
| 3/14/00 | 9 | 223 | 20 | 14 | 249 | | 29 | 475 | 21 | 12 | 172 | 10 |
| 3/15/00 | 42 | 1108 | 18 | 13 | 285 | | 10 | 69 | 19 | 12 | 70 | 10 |
| 3/16/00 | 20 | 249 | 14 | 14 | 307 | | 7 | 182 | 15 | 4 | 208 | 9 |
| 3/17/00 | 40 | 479 | 18 | 12 | 323 | 10 | 12 | 258 | 20 | 13 | 24 | 10 |
| 3/20/00 | 13 | 317 | 13 | 19 | 302 | 12 | 14 | 271 | 19 | 2 | 226 | 11 |
| 3/21/00 | 20 | 234 | 32 | 30 | 534 | | 16 | 374 | 21 | 10 | 2 | 16 |
| 3/22/00 | 28 | 477 | 16 | 11 | 183 | | 9 | 140 | 16 | 2 | 158 | 16 |
| 3/23/00 | 41 | 964 | 22 | 35 | 636 | 15 | 18 | 255 | 21 | 11 | 2 | 11 |
| 3/24/00 | 17 | 156 | 26 | 10 | 331 | | 6 | 44 | | 1 | 121 | 14 |
| 3/27/00 | 25 | 432 | 48 | 8 | 125 | 16 | | | | 11 | 230 | 16 |
| 3/28/00 | 18 | 307 | 20 | 19 | 453 | | | | | 2 | 262 | 18 |
| 3/29/00 | 14 | 218 | 32 | 12 | 269 | 16 | | | | 10 | 306 | 10 |
| 3/30/00 | 56 | 1603 | 29 | 49 | 741 | | | | | 0 | | 19 |
| 3/31/00 | 21 | 349 | 30 | 0 | 0 | | | | | 7 | 121 | |
| AVG | 25 | 521 | 21 | 18 | 340 | | 14 | 268 | 22 | 10 | 160 | 13 |

*

* Herta did not turn in her logs. This has been addressed
* this is why her # of calls is blank.

- Rpt. Reflects what gets released vs. what is entered.
Orders w/a credit or C.S. hold are not always
Released the same day.

LKF

PILOT 0233

*∴ to get avg. per order* (handwritten note)

| Date | Diane order ent. | Diane line item | Diane # of calls | Herta order ent. | Herta line item | Herta # of calls | Joyce order ent. | Joyce line item | Joyce # of calls | Lila order ent. | Lila line item | Lila # of calls |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/00 | 18 | 396 | 17 | 12 | 205 | | | | | 10 | 123 | 23 |
| 4/4/00 | 28 | 558 | 14 | 20 | 259 | | | | | 11 | 127 | 11 |
| 4/5/00 | 21 | 419 | 20 | 11 | 237 | | | | | 9 | 241 | 20 |
| 4/6/00 | 40 | 405 | | 18 | 403 | | | | | 10 | 185 | 17 |
| 4/7/00 | missing | | 30 | missing | | | missing | | | missing | | |
| 4/10/00 | 30 | 398 | 22 | 7 | 167 | 13 | 13 | 182 | 13 | 16 | 202 | 19 |
| 4/11/00 | 21 | 302 | 20 | 27 | 440 | 17 | 3 | 33 | 17 | 11 | 239 | 13 |
| 4/12/00 | 9 | 104 | 21 | 13 | 111 | 13 | 6 | 39 | 13 | 6 | 125 | 11 |
| 4/13/00 | 38 | 1063 | 14 | 16 | 309 | 12 | 31 | 314 | 12 | 0 | 0 | 0 |
| 4/14/00 | 29 | 263 | 12 | 38 | 274 | 22 | 24 | 316 | 22 | 12 | 154 | 14 |
| 4/17/00 | 17 | 303 | 19 | 5 | 39 | 17 | 22 | 368 | 17 | 12 | 182 | 16 |
| 4/18/00 | 0 | 0 | | 9 | 210 | 22 | 14 | 130 | 22 | 6 | 57 | 20 |
| 4/19/00 | 37 | 788 | 19 | 3 | 106 | | 0 | 0 | | 9 | 168 | 17 |
| 4/20/00 | 26 | 325 | 22 | 21 | 517 | | 0 | 0 | | 13 | 367 | 17 |
| 4/24/00 | 28 | 508 | 18 | 28 | 521 | | 0 | 0 | | 10 | 338 | 35 |
| 4/25/00 | 68 | 290 | 19 | 18 | 291 | | 0 | 0 | | 22 | 342 | 22 |
| 4/26/00 | 15 | 401 | 19 | 9 | 210 | | 0 | 0 | | 10 | 257 | 32 |
| 4/27/00 | 68 | 335 | 26 | 123 | 596 | | 0 | 0 | | 139 | 281 | 23 |
| 4/28/00 | 57 | 2728 | 15 | 0 | 0 | | 0 | 0 | | 11 | 132 | 15 |
| AVG | 32 | 564 | 19 | 22 | 288 | 16 | 16 | 197 | 17 | 19 | 207 | |
| | | | | 16 | 269 | | | | | 11 | 202 | |

**PILOT 0235**

| Date | orders red | orders ent | orders not entered | oldest date | # of phone | total length | # cusm inq | # ans. | oldest date / notes |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/2000 | 0 | 12 | 0 | 0 | 19 | 64 | 0 | 0 | PR took 5/287,29,30 & 6/1 remaining note meeting etc. attached memo & metal view down. |
| 06/02/2000 | 16 | 16 | 0 | 0 | 28 | 113 | 0 | 0 | 10 min meeting - faxe BT info on shipments (4) R/A & tele inq |
| 06/03/2000 | | | | | | | | | |
| 06/04/2000 | | | | | | | | | revised 6/5 |
| 06/05/2000 | 9 | 8 | 0 | 0 | 23 | 145 | 2 | 2 | r/a's - BT's faxing confirmations- |
| 06/06/2000 | 22 | 9 | 13 | 06-Jun | 17 | 185 | 30 | 30 | tele inq variety sales - etc.. cleared some hold orders - returned calls |
| 06/07/2000 | 22 | 10 | 24 | 06-Jun | 24 | 73 | 2 | 2 | 06-Jun RA's telephone inq's - f/u on phone calls & started batch on corresondence did 7  1 order new s/t to be add to system |
| 06/08/2000 | 22 | 7 | 22 | 07-Jun | 40 | 167 | 2 | 2 | r/a's problem orders |
| 06/09/2000 | | | | | | | | | VACTION DAY |
| 06/10/2000 | | | | | | | | | DAY |
| 06/11/2000 | | | | | | | | | |
| 06/12/2000 | 4 | 4 | 6 | 12-Jun | 42 | 160 | 1 | 1 | 0 faxing info to sales rep - faxing spec sheets - problems solving from orders entered by temps-f/u phone calls |
| 06/13/2000 | 7 | 15 | 4 | 13-Jun | 33 | 93 | 1 | 1 | ups tracking for PR - returned phone calls for DB - re: caps broken |
| 06/14/2000 | | | | | | | | | JURY DUTY |
| 06/15/2000 | 20 | 6 | 14 | 15-Jun | 24 | 92 | 0 | 0 | several orders were from 6/14 from SLHP & several problem orders from temps & f/u phone calls & confirmation to handle on orders |
| 06/16/2000 | ? | 4 ? | 15-Jun | | 39 | 133 | 0 | 0 | corrected temps orders/entered profile info/made phone calls/ etc out of office from 1:37 - 3:30 |
| 06/17/2000 | | | | | | | | | |
| 06/18/2000 | | | | | | | | | |
| 06/19/2000 | | | | | | | | | |
| 06/20/2000 | | | | | | | | | |
| 06/21/2000 | | | | | | | | | |
| 06/22/2000 | | | | | | | | | |
| 06/23/2000 | | | | | | | | | |
| 06/24/2000 | | | | | | | | | |
| 06/25/2000 | | | | | | | | | |
| 06/26/2000 | | | | | | | | | |
| 06/27/2000 | | | | | | | | | |
| 06/28/2000 | | | | | | | | | |
| 06/29/2000 | | | | | | | | | |
| 06/30/2000 | | | | | | | | | |

DAVIS

PILOT 0240

| Date | Diane order ent | line item | # of calls | credits | Herta order ent | line item | # of calls | emails | Lila order ent | line item | # of calls | letters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/00 | 55 | 180 | 18 | | 92 | 489 | 15 | | 11 | 131 | 24 | |
| 5/2/00 | 24 | 114 | 25 | | 0 | 0 | 7 | | 8 | 96 | 31 | |
| 5/3/00 | | | 24 | | | | | | | | | |
| 5/4/00 | | | 29 | | | | 13 | | | | 23 | 11 |
| 5/5/00 | 44 | 753 | 23 | | 15 | 361 | | | 12 | 221 | 27 | 1 |
| 5/8/00 | 27 | 420 | 24 | 26 | 22 | 321 | 19 | | 6 | 58 | 22 | |
| 5/9/00 | 10 | | 29 | 26 | 19 | | 21 | 5 | 7 | 94 | 21 | |
| 5/10/00 | 26 | 1104 | 28 | 26 | 25 | 639 | 17 | | 11 | 115 | 6 | 11 |
| 5/11/00 | 54 | 486 | 25 | 9 | 3 | 71 | 21 | | 10 | 36 | 13 | 1 |
| 5/12/00 | 47 | 884 | 15 | 0 | 92 | 844 | 17 | | 10 | 141 | missing | 16 |
| 5/15/00 | 44 | 374 | 21 | 1 | 6 | 61 | 23 | | 11 | 339 | 21 | 20 |
| 5/16/00 | 48 | 565 | 25 | 9 | 19 | 240 | 25 | | 14 | 87 | 24 | 1 |
| 5/17/00 | 34 | 528 | 27 | 0 | 31 | 438 | 18 | | 17 | 506 | 12 | 1 |
| 5/18/00 | 149 | 2112 | 16 | 9 | 3 | 25 | 20 | | 9 | 129 | 34 | 3 |
| 5/19/00 | 115 | 1931 | | 3 | | | | | 3 | 95 | | |
| 5/22/00 | | | | | | | | | 7 | | | |
| 5/23/00 | | | | | | | | | | | | |
| 5/24/00 | | | | | | | | | | | | |
| 5/25/00 | | | | | | | | | | | | |
| 5/26/00 | | | | | | | | | | | | |
| 5/27/00 | | | | | | | | | | | | |
| 5/28/00 | | | | | | | | | | | | |
| 5/29/00 | | | | | | | | | | | | |
| 5/30/00 | | | | | | | | | | | | |
| 5/31/00 | | | 10 | | | | | | | | | |

Roberts, Patricia

| | |
|---|---|
| From: | Davis, Lila |
| ᴣnt: | Wednesday, April 19, 2000 2:36 PM |
| ౩: | Roberts, Patricia |
| Subject: | Orders from 4/19/00 |
| | |
| Importance: | High |

Patti, I have processed 10 orders from 4/18 and there are 5 remaining.
Plus the Camex order, I also have 10 orders from today.

Thank you.

Lila
Customer Service Rep.
Ext. 4780

*— was given 15 on 4/19 —*

*on 4/24 Lila still hadn't entered these orders — I took 10 away and entered them myself —*

DAVIS

PILOT 0088

Roberts, Patricia

| From: | Davis, Lila |
| --- | --- |
| 'nt: | Thursday, April 20, 2000 11:19 AM |
| .o: | Roberts, Patricia |
| Subject: | Log on Work |

Per your request below is a summary of what I have done as of 11:20 a.m.. on 4/19.

Morning meeting in John's office
Ladies room
Answer six phone calls
Entered 2 Camex orders
Helped Diane with excel and e-mail
prepared Camex orders
copied Camex orders (that had to be shipped from two locations)
spoke with Sandy on order

Lila
Customer Service Rep.
Ext. 4780



PILOT 0089

1

Roberts, Patricia

**From:** Davis, Lila
**nt:** Thursday, April 20, 2000 4:18 PM
**:** Roberts, Patricia

orders entered on 4/20   are 12
order not entered are 14

This can be confirmed by your print out and the list that Brenda Keller keeps.

Lila
Customer Service Rep.
Ext. 4780

Lila did not email me her stats from 4/19

She was given 15 order

3 outstanding from 4/18
15 outstanding from 4/19
- I verified -
was given 16 orders on 4/00

PILOT 0090

1

**Ferrara, John**

From:       Roberts, Patricia
Sent:       Thursday, April 20, 2000 11:49 AM
To:         Ferrara, John
Subject:    FW: Log on Work


fyi
-----Original Message-----
From:       Roberts, Patricia
Sent:       Thursday, April 20, 2000 11:26 AM
To:         Davis, Lila
Subject:    RE: Log on Work

Lila,

When I looked at your phone log I saw 4 calls logged adding up just under 10 minutes.....
the morning meeting was approx 15 mins, time w/ Diane was approx 10 mins, time w/ Sandy
approx 10 mins.

so taking out the above 45 minutes, you're telling me it took you 2 hours to prepare and enter 2
orders??????


        -----Original Message-----
        From:       Davis, Lila
        Sent:       Thursday, April 20, 2000 11:19 AM
        To:         Roberts, Patricia
        Subject:    Log on Work


        Per your request below is a summary of what I have done as of 11:20 a.m.. on 4/19.

        Morning meeting in John's office
        Ladies room
        Answer six phone calls
        Entered 2 Camex orders
        Helped Diane with excel and e-mail
        prepared Camex orders
        copied Camex orders (that had to be shipped from two locations)
        spoke with Sandy on order

        Lila
        Customer Service Rep.
        Ext. 4780

PILOT 0091

To:                          Roberts, Patricia
Subject:                     RE: Log on Work


Pat, I had further questions about Camex orders today and for each time I have to take the time and given an account for every minute of the day, I could have been further along in another order. It is my understanding that orders ship 7-10 days and back to school time is very busy and there are orders that are processed the next day. I'm not understanding your reasoning for these questions.

I have asked Donna questions as the situation arises, but to sit with her for two hours a day would take away from order entry, when I don't have a question.


Lila

> -----Original Message-----
> From:      Roberts, Patricia
> Sent:      Thursday, April 20, 2000 11:26 AM
> To:        Davis, Lila
> Subject:   RE: Log on Work

Lila,

When I looked at your phone log I saw 4 calls logged adding up just under 10 minutes.....
the morning meeting was approx 15 mins, time w/ Diane was approx 10 mins, time w/ Sandy approx 10 mins.

so taking out the above 45 minutes, you're telling me it took you 2 hours to prepare and enter 2 orders??????


> -----Original Message-----
> From:   Davis, Lila
> Sent:   Thursday, April 20, 2000 11:19 AM
> To:     Roberts, Patricia
> Subject: Log on Work


Per your request below is a summary of what I have done as of 11:20 a.m.. on 4/19.

Morning meeting in John's office
Ladies room
Answer six phone calls
Entered 2 Camex orders
Helped Diane with excel and e-mail
prepared Camex orders
copied Camex orders (that had to be shipped from two locations)
spoke with Sandy on order

Lila
Customer Service Rep.
Ext. 4780

*offered training + did not accept it? Did train.*

PILOT 0095

1

Roberts, Patricia

**From:** Davis, Lila
**᠁t:** Thursday, April 20, 2000 4:18 PM
**᠁:** Roberts, Patricia

orders entered on 4/20   are 12
order not entered are 14

This can be confirmed by your print out and the list that Brenda Keller keeps.

Lila
Customer Service Rep.
Ext. 4780



Brenda's Reports Reflect
what # of orders have
been distributed. Not
what # of orders have
been entered. LKF

PILOT 0095 A

1

Roberts, Patricia

**From:**   Davis, Lila
**Sent:**   Monday, April 24, 2000 4:20 PM
**To:**   Roberts, Patricia
**Subject:**   PER YOUR REQUEST - TWICE DAILY


34 phone calls IB/OB
System down for 18 minutes
R/A - Rush
Ladies Room 3 times (PM) only
orders 9

Patti it would help to know why I have to do this.
This can be verified by your daily print out and the log Brenda Keller keeps daily.
Lila
Customer Service Rep.
Ext. 4780

Patti has told Lila that it is not necessary to advise her about the ladies room. Lila continues to include this info.
LKF

* Lila has 24 outstand' orders dating back 4/19

DAVIS

PILOT 0096

1

Roberts, Patricia

| | |
|---|---|
| From: | Davis, Lila |
| ᵇnt: | Wednesday, April 26, 2000 8:30 AM |
| ᵗ: | Roberts, Patricia |
| Subject: | Info for 4/25 |

Per your request orders entered are 23. Calls answered 21; call made 2.

*given 10 orders on 4/25*

I have gone back to the old telephone form, I find it easier to use.

Ladies Room 6 times
Helped Diane w/excel 15 mins.
System went down for 18 minutes.
Outstanding orders are from 4/25
Nbr. of orders from 4/25 18 -- that have not been entered.

Lila
Customer Service Rep.
Ext. 4780

*\* outstanding 24 orders dating back to 4/19*

*\* I took + entered 8 of Lilas orders on 4/26*

DAVIS

Roberts, Patricia

From:           Davis, Lila
  nt:           Wednesday, April 26, 2000 4:16 PM
  .:            Roberts, Patricia
Subject:        April 26 Request


6 orders from 4/25
12 from 4/26
30 phone calls in/out
This can be verified from your daily report & the log of Brenda Keller

Lila
Customer Service Rep.
Ext. 4780

Orders given
14

the Rest of Lila's orders
for the day were
given to the other
c/s Reps -

PILOT 0098

1

Roberts, Patricia

From:
nt:
.:

Davis, Lila
Thursday, April 27, 2000 4:14 PM
Roberts, Patricia

Orders completed are 6
remaining from 4/26 are 17
Did 156 - Office Max
3 orders from 4/27
phone calls 35 IB/OB

Lila
Customer Service Rep.
Ext. 4780

*orders given 11*

*Outstanding from previous 2 days 11 orders*

PILOT 0099

1

Roberts, Patricia

From:          Davis, Lila
ent:          Friday, April 28, 2000 4:09 PM
ა:            Roberts, Patricia
Subject:

orders entered 9 from 4/26
order not entered 3 from 4/26
orders not entered 15 from 4/27
orders not entered 13 from 4/28
calls 19 OB/IB
and correspondences for 2 1/2 hours


Lila
Customer Service Rep.
Ext. 4780

*given 19 orders*

*16 outstanding orders*

*gave Christa 22 orders to enter*

*I entered 16 → dating Back to 4/24 ? ? ?*

*Found them in her folder*

PILOT 0100

1