Roberts, Patricia

From:           Davis, Lila
ent:            Monday, May 01, 2000 4:19 PM
:               Roberts, Patricia
Subject:        Per your request


Orders processed for 5/1 are 10
processed correspondences for 40 minutes
Meeting this morning from 8:40 until 9:20
calls IB/OB 24
Remaining orders are four for 5/28 ← 4/28
6 plus a several standing orders

research on order 20 minutes proof of delivery for Staples (first time I had handled a staples POD)
Manually searched for order in BT Office 30 minutes
Lila
Customer Service Rep.
Ext. 4780

*I entered 13 of Lele's orders dating Back to Hole*

PILOT 0113

**From:** Davis, Lila
**Sent:** Tuesday, May 02, 2000 4:12 PM
**To:** Roberts, Patricia
**Subject:** Daily Log 5/2/00

Started correspondence this morning and was put back on phones/data entry.
By 11:30 I had taken 16 phone calls.

Orders entered on 5/2 are 6
Orders remaining 6 from 5/1
Orders remaining from 5/2 are 18
Meeting w/ C/S from 2-3 p.m.

Total phones calls 31 IB/OB

Lila
Customer Service Rep.
Ext. 4780



PILOT 0114

1

Ferrara, John

| | |
|---|---|
| **From:** | Davis, Lila |
| **Sent:** | Monday, May 08, 2000 12:53 PM |
| **To:** | Roberts, Patricia |
| **Cc:** | Ferrara, John |
| **Subject:** | Expectations |

5/8/00

Pat, can you please confirm your daily expectations on the number of orders, calls, & correspondences so it is clear to me.

Thank you.

Lila
Customer Service Rep.
Ext. 4780



**PILOT 0122**

**Ferrara, John**

| | |
|---|---|
| **From:** | Roberts, Patricia |
| **Sent:** | Wednesday, May 10, 2000 3:44 PM |
| **To:** | Davis, Lila |
| **Cc:** | Ferrara, John; Roberts, Patricia |
| **Subject:** | FW: expectations |

-----Original Message-----

| | |
|---|---|
| **From:** | Roberts, Patricia |
| **Sent:** | Wednesday, May 10, 2000 3:41 PM |
| **To:** | Roberts, Patricia |
| **Subject:** | FW: expectations |

Hi Lila

Here is the breakdown of the guidelines

830am to 10:00 am - work on consumer inquiries -
* In 1 1/2 hours you should be able to complete a batch of 20. The letters are already opened, read, and marked as to what form letter and product the customer should rec. All you need to do is pull the form letter, the pen/refill your sending the customer, put it in an envelope, and put the already printed label on the envelope. You have at least 4 1/2 minutes to work on each one. After doing this task myself, 4 1/2 minutes is more than enough time to complete one.

10:00 am to 4:30pm  - enter orders and answer phones -
* In 5 1/2 hours you should be able to complete up to 20 orders (averaging 20 line items) and be able to handle at least 5 incoming phone calls averaging 4 mins each.

Lila,
These are guidelines to follow. As you know there are days when there are exceptions and the above work cannot get completed. That is when you bring it to my attention (if I'm not here, than John's attention).

Please keep in mind - While these are guidelines demand is driven by our customers not by our expectations.

Again, If there is something you don't understand or are having a problem completing please let me know so I can help you.

**PILOT 0123**