UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| LILA DAVIS, | : | CIVIL ACTION NO. |
| | : | 301CV2204(DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PILOT CORPORATION OF AMERICA, | : | |
| | : | February 27, 2004 |
| Defendant. | : | |

---

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Pilot Corporation of America, has manually filed the following document or thing.

**Attachments to Memorandum of Law In Support of Defendant's Motion for Summary Judgment**

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format.

[X]    the electronic file size of the document exceeds 1.5 megabytes.

[ ]    the document of thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).

[ ]    Defendant is excused from filing this document or thing by Court Order.

1

This document or thing has been manually served on all parties.

PILOT CORPORATION OF
AMERICA,

By: *[signature]*
Michael J. Soltis
CT 07413
Alison Jacobs Wice
CT 21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (Facsimile)
soltism@jacksonlewis.com
wicea@jacksonlewis.com

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been served, via regular mail, postage prepaid, to counsel of record at the following address:

Max F. Brunswick, Esq.
12 Trumbull Street
New Haven, Connecticut 06511

This 27th day of February, 2004.

*[signature]*
Alison Jacobs Wice

2