UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, : | CIVIL ACTION NO. |
| : | 301CV2204(DJS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PILOT CORPORATION OF AMERICA, : | |
| : | March 18, 2004 |
| Defendant. : | |

## DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS OR, ALTERNATIVELY, TO COMPEL

By motion, memorandum and supporting affidavit filed February 17, 2004 (Doc. #55, 56, 57) and pursuant to Federal Rule of Civil Procedure 37(d), Local Rule of Civil Procedure 37(a), and Judge Squatrito's January 26, 2004 Order, Defendant, Pilot Corporation of America, moved this Court for an order awarding appropriate sanctions, including, but not limited to, dismissal of Plaintiff's action and expenses and attorneys' fees caused by Plaintiff's refusal to comply with Rule 26(a) and Defendant's several discovery requests, specifically Plaintiff's failure to produce disclosures and documents related to Plaintiff's damages calculation, and the costs incurred by Defendant in filing its motion to dismiss, or alternatively to compel. Fed. R. Civ. P. 37(d)(2); Fed. R. Civ. P. 37(b)(2)(C); D. Conn. L. Civ. R. 37(a).

I.  **THE APPLICABLE RULES AUTHORIZE GRANTING OF DEFENDANT'S MOTION TO DISMISS BASED ON PLAINTIFF'S FAILURE TO RESPOND**

As of the date of this Supplemental Memorandum, Plaintiff has failed to object or respond in any manner to Defendant's Motion to Dismiss. Plaintiff purported[1] to file a "Motion for Extension of Time" and a "Motion to Compel Defendant's Response to Discovery," both dated March 11, 2004, neither of which addresses Defendant's February 17 Motion to Dismiss or proffers any reason for Plaintiff's failure to respond.

Local Rule 7(a) [formerly Rule 9(a)] provides:

> a party shall file a memorandum in opposition to a motion to dismiss within twenty-one days unless otherwise ordered by the court. See Rule 9(a), Loc. R. Civ. P. (D. Conn.). The "failure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion. . . . "

Sitka v. United States, 903 F. Supp. 282, 284 (D. Conn. 1995) (citing the predecessor to Local Rule 7(a)). See also Ahern v. Trans Union LLC, 2002 U.S. Dist. LEXIS 26355, *4 (D. Conn. Nov. 15, 2002) (enclosed at Tab A) (applying local rule that "failure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion" to grant unopposed motion to compel).

Rule 7(a) requires Plaintiff to have responded to Defendant's motion by March 9, 2004, that is within 21 days after Defendant's motion was filed. Plaintiff failed to respond to Defendant's Motion To Dismiss Or, Alternatively, To Compel in any manner by that date. Pursuant to the same Rule, this failure should be deemed sufficient cause, in addition to the good cause and legal bases set forth in Defendant's principal memorandum (Doc. # 56), to grant Defendant's motion and the Complaint should be dismissed in its entirety.

---

[1] Copies served on Defendant are unsigned and enclose insufficient certificates of service. These issues are addressed in Defendant's separately filed objections to Plaintiff's motions dated March 11, 2004.

## II. CONCLUSION

Defendant respectfully requests that the Court dismiss Plaintiff's action in its entirety and award other appropriate sanctions, including the expenses and attorneys' fees under. Fed. R. Civ. P. 37(d); Fed. R. Civ. P. 37(b)(2)(C); D. Conn. L. Civ. R. 7(a); D. Conn. L. Civ. R. 37(d). Alternatively, pursuant to the same rules, Defendant requests an order compelling Plaintiff to immediately comply with her Rule 26(a) obligations and to produce those documents responsive to Defendant's January 27, 2004 request.

Respectfully Submitted,

PILOT CORPORATION OF AMERICA

By: *Alison Jacobs Wice*
Michael J. Soltis
CT 07413
Alison Jacobs Wice
CT21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail: soltism@jacksonlewis.com
wicea@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL OR, ALTERNATIVELY, TO DISMISS has been sent *via* first class mail to the following:

    Max F. Brunswick, Esq.
    12 Trumbull Street
    New Haven, Connecticut 06511

This 18th day of March 2004.

                                                  Alison Jacobs Wice