**Wice, Alison J. (ST)**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Wednesday, March 03, 2004 12:02 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

3:01-cv-02204-DJS Davis v. Pilot Corporation Of, et al
**Docket Annotation**

**Docket Text:**
DOCKET ENTRY CORRECTION: Added PDF for Notice of Manual Filing Exhibits A-G re [66] Memorandum in Support of Motion, (D'Onofrio, B.)

3:01-cv-02204-DJS Davis v. Pilot Corporation Of, et al
**Motion for Summary Judgment   61**

**Docket Text:**
MOTION for Summary Judgment by Pilot Corp of Am.Responses due by 3/22/2004 (D'Onofrio, B.)

3:01-cv-02204-DJS Davis v. Pilot Corporation Of, et al
**Statement of Material Facts   62**

**Docket Text:**
Statement of Material Facts re [61] MOTION for Summary Judgment filed by Pilot Corp of Am. (D'Onofrio, B.)

3:01-cv-02204-DJS Davis v. Pilot Corporation Of, et al
**Affidavit   63**

**Docket Text:**
AFFIDAVIT re [61] MOTION for Summary Judgment Signed By Laurie K. Faulkner filed by Pilot Corp of Am. (Attachments: # (1) Attachment A)(D'Onofrio, B.)

3:01-cv-02204-DJS Davis v. Pilot Corporation Of, et al
**Affidavit   64**

**Docket Text:**
AFFIDAVIT re [61] MOTION for Summary Judgment Signed By John Ferrara filed by Pilot Corp of Am. (Attachments: # (1) Attachment A)(D'Onofrio, B.)

3:01-cv-02204-DJS Davis v. Pilot Corporation Of, et al
**Affidavit   65**

**Docket Text:**
AFFIDAVIT re [61] MOTION for Summary Judgment Signed By Patricia Roberts filed by Pilot Corp of Am. (Attachments: # (1) Attachment part 1# (2) Attachment part 2)(D'Onofrio, B.)

3/17/2004

**3:01-cv-02204-DJS Davis v. Pilot Corporation Of, et al**
**Memorandum in Support of Motion   66**

**Docket Text:**
Memorandum in Support re [61] MOTION for Summary Judgment filed by Pilot Corp of Am. (Attachments: # (1) Memorandum in Support, part 2)(D'Onofrio, B.) Exhibits A-G added on 3/2/2004 (D'Onofrio, B.). Modified on 3/2/2004 (D'Onofrio, B.).


**3:03-cv-01977-MRK Utzler v. Information Resources Inc**
**Motion for Extension of Time   12**

**Docket Text:**
MOTION for Extension of Time until 3/17/2004 to respond to interrogatories and Discovery by Robert Utzler. (Falcone, K.)

**3:03-cv-01977-MRK Utzler v. Information Resources Inc**
**Order on Motion for Extension of Time   13**

**Docket Text:**
Endorsement ORDER Ordered Accordingly [12] Motion for Extension of Time Signed by Clerk on 3/2/2004. (Falcone, K.)

3/17/2004