UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LILA DAVIS** | : |
|     **Plaintiff** | |
| | |
| v. | :   CIVIL NO.: 3:01cv2204(DJS) |
| | |
| **PILOT CORPORATION OF AMERICA, ET AL** | : |
|     **Defendants** | |

**ORDER**

The Motion for Extension of Time (Doc. #68) to respond to Defendant's Motion for Summary Judgment is hereby **GRANTED in part.** Plaintiff shall file a response by **May 7, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  29th  day of March, 2004.


                                                        /s/DJS
                                                      Dominic J. Squatrito
                                                      United States District Judge