UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS,<br>     Plaintiff,<br><br>v.<br><br>PILOT CORPORATION OF AMERICA, JOHN FARRARA, D/B/A PILOT CORPORATION OF AMERICA, & PATRICIA ROBERTS, D/B/A PILOT CORPORATION OF AMERICA,<br>     Defendants. | :<br>:<br>:<br>:<br>:   No. 3:01CV2204 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The court **ORDERS** the following:

**1**. Defendant's Motion to Amend the Answer **[doc. #54]** is **GRANTED**.

**2**. Defendant's Motion to Dismiss **[doc. #55]** is **DENIED**.

**3**. Defendant's Motion to Compel **[doc. #55]** is **GRANTED**. Plaintiff has until **April 16, 2004** to respond to Defendant's Request for Production of Documents.

**4**. Defendant's Motion to Strike Affidavits **[doc. #60]** is **DENIED**.

**IT IS SO ORDERED** at Hartford, Connecticut on this ___6th___ day of April, 2004.

/s/DJS
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**