UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -7 A 10: 59
U.S. DISTRICT COURT
HARTFORD, CT.

LILA R. DAVIS
    Plaintiff

VS.

PILOT CORPORATION OF AMERICA
    Defendant

NO. 3:01 CV 2204 (DJS)

MAY 6, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Fedral Rules of Civil Procedure and Local Rule 9(b), the plaintiff moves for an initial extension of time to respond to the defendant's motion for summary judgment to 30 days after the defendant answers the plaintiff's outstanding discovery, for the reason that the answers to the discovery request and compliance with the production request are necessary for the plaintiff to respond to the motion.

The undersigned has attempted to inquire of opposing counsel as to her position on this motion for extension of time but has been unable to reach her and has left a message on her voice mail which has not been returned as of the mailing of this motion, so that the undersigned is unable to ascertan opposing counsel's position.

This is the plaintiff's first motion for extension of time to respond to the defendant"s motion for summary judgment.

                          THE PLAINTIFF

BY        MAX F. BRUNSWICK

          Her Attorney
          12 Trumbull Street
          New Haven, CT 06511
          (203) 562-4024
          Fax (203) 782-5979
          Fed. Bar No. 05918