UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS<br>  Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv2204(DJS) |
| PILOT CORPORATION OF<br>AMERICA, ET AL<br>  Defendants | : |

### ORDER

The Motion for Extension of Time (Doc. #75) to respond to Defendant's Motion for Summary Judgment is hereby **GRANTED in part.** Plaintiff shall file a response by **July 12, 2004. No further extensions shall be granted.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   11th    day of May, 2004.

  /s/DJS
Dominic J. Squatrito
United States District Judge