UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| Lila R. Davis, | NO. 3:01 CV 2204 (DJS) |
| Plaintiff | 2004 JUL -6 A 11: 42 |

VS.  Jury Trial Demanded

U.S. DISTRICT COURT
HARTFORD, CT.

Pilot Corporation of America,
    Defendant

July 23, 2004

## AFFIDAVIT

Max F. Brunswick, being duly sworn, deposes and says:

1. I am over eighteen years of age and believe in the obligation of an oath.

2. I am the attorney for the plaintiff in the above entitled action pending in this court.

3. On February 3, 2004, I prepared a request of 8 written interrogatories and a request for production and sent the same to defendant's counsel by certified mail,

4. On at least two occasions thereafter, defendant's counsel refused to accept the certified mail from the United States Postal Service and said certified mailing was returned to me undelivered on or about February 20, 2004.

5. Thereafter, I filed a motion to compel compliance on or about March 11, 2004.

6. On or about April 6, 2004, this Court issued an order requiring the defendant to respond to the discovery by April 16, 2004.

7. To date, the defendant has not complied and I doi not believe any response was sent to me.

8. On or about June 14, 2004, I phoned the defendant's counsel's office and asked to speak to Attorney Alison Jacobs Wice.

9. I was told that she was not available and was connected to her voice mail.

10. I left a message stating that I had not received any response to my discovery request and asked her to fax me the response forthwith.

11. I never received any response to this request and to this date I do not have any response to the discovery request.

12. I need the answers to the interrogatories and the production material in order to respond to the defendant's pending motion for summary judgment.

13. This court has gven me a final deadline of July 12, 2004 to respond to the defendant's motion for summary judgment.

14. The defendant's stonewalling of discovery will severely prejudice the plaintiff because her counsel will not have the information and material necessary to properly oppose the summary judgment motion.

15. Under the circumstances of this case, the court should enter a default against the defendant for its failure to comply with the discovery order which has prejudiced the plaintiff's case, or at the very least should enter an order extending the time for the plaintiuff to respond to the summary judgment motion to 30 days after the outstanding discovery is completed.

Dated at New Haven, CT, this 3rd day of July, 2004.

_____
Max F. Brunswick

Subscribed and sworn to this 3RD day July, 2004, before me.

_____
~~Commissioner of the Superior Court~~
Notary Public

MY COMMISSION EXPIRES
ON 11/30/2008