# TAB A

Representing Management Exclusively in Workplace Law and Related Litigation



| | |
|---|---|
| Attorneys at Law | 177 Broad Street |
| | P.O. Box 251 |
| | Stamford, CT 06904-0251 |
| | Tel 203 961-0404 |
| | Fax 203 324-4704 |
| | www.jacksonlewis.com |

FAIRFIELD, NJ · LOS ANGELES, CA · SACRAMENTO, CA
BOSTON, MA · MIAMI, FL · SAN FRANCISCO, CA
CHICAGO, IL · MINNEAPOLIS, MN · SEATTLE, WA
DALLAS, TX · MORRISTOWN, NJ · STAMFORD, CT
GREENVILLE, SC · NEW YORK, NY · WASHINGTON, DC REGION
HARTFORD, CT · ORLANDO, FL · WHITE PLAINS, NY
LONG ISLAND, NY · PITTSBURGH, PA

July 7, 2004

<u>VIA FACSIMILE (203) 782-5979</u>
and <u>FIRST CLASS MAIL</u>

Max F. Brunswick, Esq.
Attorney At Law
12 Trumbull Street
New Haven, Connecticut 06511

           Re:   Lila Davis v. Pilot Corp. of America
                  301CV2204(DJS)

Dear Mr. Brunswick:

      I am writing to follow-up on my voicemail message to you of earlier this afternoon. On page 2 of Plaintiff's Motion for Sanctions dated July 2, 2004, you refer to orders of the Court issued on April 6, 2004 and requiring Defendant to respond to Plaintiff's February 3 discovery requests. Neither our records nor the Court's on-line docket include any such Order. To avoid any further delay, confusion, and needless expense, please send a copy of that Order to my attention *via* facsimile transmission to 203.324.4704.

      I may be reached at 203.961.0404 if you have any questions. If I am not available, please ask for Alison Jacobs Wice at the same number.

                            Very truly yours,

                            JACKSON LEWIS LLP

                            Michael J. Soltis

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3684 |
| CONNECTION TEL | 12037825979 |
| CONNECTION ID | |
| ST. TIME | 07/07 17:28 |
| USAGE T | 00'41 |
| PGS. SENT | 2 |
| RESULT | OK |

# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Tel 914 328-0404
Fax 914 328-1882
www.jacksonlewis.com

| | | |
|---|---|---|
| ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC Region |
| HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| LONG ISLAND, NY | PITTSBURGH, PA | |

DIRECT DIAL:
EMAIL ADDRESS: WICEA@JACKSONLEWIS.COM

# FAX

| | | | |
|---|---|---|---|
| **To:** | Max Brunswick, Esq. | | |
| **Company:** | | | |
| **Fax:** | 203-782-5979 | **Tel #:** | 203 772 3044 |
| **From:** | Michael J. Soltis | | |
| **Subject:** | Davis v. Pilot | | |
| **Date:** | July 7, 2004 | | |
| **Client/Matter #:** | 54824 | | |
| **Pages:** | 2 | | |
| **Original:** | X   Will Follow | _____ Will Not Follow | |

**MESSAGE:**  Please see attached.



Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 177 Broad Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| P.O. Box 251 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Stamford, CT 06904-0251 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 203 961-0404 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 203 324-4704 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

July 8, 2004

<u>VIA FACSIMILE (203) 782-5979</u>
and <u>FIRST CLASS MAIL</u>

Max F. Brunswick, Esq.
Attorney At Law
12 Trumbull Street
New Haven, Connecticut 06511

                  Re:    Lila Davis v. Pilot Corp. of America
                        301CV2204(DJS)

Dear Attorney Brunswick:

      Per our telephone conversation of this morning, enclosed is a copy of the Court's April 6, 2004 Order in this case (Docket Report document no. 73). As you can see, that Order grants **Defendant's** Motion to Compel. As we discussed, the Order specifically refers to document 55. Document 55 is described in the Docket Report for this case as "MOTION to Dismiss or alternatively to Compel by Pilot Corp. of Am.," filed on February 17, 2004 and entered on the same date. It is clear from the Order itself and the Docket Report that the April 6 Order goes to a Motion <u>by</u> **Defendant** and does not grant (or even mention) Plaintiff's Motion to Compel filed on March 12, 2004 and entered on the Docket Report as document 67.

      If, in light of the above, Plaintiff's July 2, 2004 Motion for Sanctions is based on a misreading of this April 6, 2004 Order, please withdraw that Motion immediately. If Plaintiff's Motion is based on a different Order or if you receive anything from the Court indicating a new or different ruling, please immediately provide us with a copy of such document *via* facsimile transmission to 203.324.4704, as we intend to file our response to that Motion this afternoon.

      I may be reached at 203.961.0404 if you have any questions. If I am not available, please ask for Alison Jacobs Wice at the same number.

                                Very truly yours,

                                JACKSON LEWIS LLP

                                Michael J. Soltis

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| LILA DAVIS,<br>　　　Plaintiff,<br><br>v.<br><br>PILOT CORPORATION OF<br>AMERICA, JOHN FARRARA, D/B/A<br>PILOT CORPORATION OF<br>AMERICA, & PATRICIA ROBERTS,<br>D/B/A PILOT CORPORATION OF<br>AMERICA,<br>　　　Defendants. | :<br>:<br>:<br>:<br>:　No. 3:01CV2204 (DJS)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The court **ORDERS** the following:

1. Defendant's Motion to Amend the Answer [**doc. #54**] is **GRANTED**.

2. Defendant's Motion to Dismiss [**doc. #55**] is **DENIED**.

3. Defendant's Motion to Compel [**doc. #55**] is **GRANTED**. Plaintiff has until **April 16, 2004** to respond to Defendant's Request for Production of Documents.

4. Defendant's Motion to Strike Affidavits [**doc. #60**] is **DENIED**.

IT IS SO ORDERED at Hartford, Connecticut on this __6th__ day of April, 2004.

　　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　DOMINIC J. SQUATRITO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3692
CONNECTION TEL                           12037825979
CONNECTION ID
ST. TIME                07/08 12:30
USAGE T                 00'57
PGS. SENT               3
RESULT                  OK
```

# jackson│lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Tel 914 328-0404
Fax 914 328-1882
www.jacksonlewis.com

| ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC Region |
| HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| LONG ISLAND, NY | PITTSBURGH, PA | |

DIRECT DIAL:
EMAIL ADDRESS: WICEA@JACKSONLEWIS.COM

# FAX

| | | | |
|---|---|---|---|
| To: | Max Brunswick, Esq. | | |
| Company: | | | |
| Fax: | 203-782-5979 | Tel #: | 203 772 3044 |
| From: | Michael J. Soltis | | |
| Subject: | Davis v. Pilot | | |
| Date: | July 8, 2004 | | |
| Client/Matter #: | 54824 | | |
| Pages: | 3 | | |
| Original: | X  Will Follow | ___ Will Not Follow | |

**MESSAGE:** Please see attached.