# TAB B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| LILA DAVIS,<br>    Plaintiff,<br><br>v.<br><br>PILOT CORPORATION OF<br>AMERICA, JOHN FARRARA, D/B/A<br>PILOT CORPORATION OF<br>AMERICA, & PATRICIA ROBERTS,<br>D/B/A PILOT CORPORATION OF<br>AMERICA,<br>    Defendants. | :<br>:<br>:<br>:   No. 3:01CV2204 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The court **ORDERS** the following:

1. Defendant's Motion to Amend the Answer [**doc. #54**] is **GRANTED**.

2. Defendant's Motion to Dismiss [**doc. #55**] is **DENIED**.

3. Defendant's Motion to Compel [**doc. #55**] is **GRANTED**. Plaintiff has until **April 16, 2004** to respond to Defendant's Request for Production of Documents.

4. Defendant's Motion to Strike Affidavits [**doc. #60**] is **DENIED**.

**IT IS SO ORDERED** at Hartford, Connecticut on this __6th__ day of April, 2004.

                                              /s/DJS
                                        **DOMINIC J. SQUATRITO**
                                    **UNITED STATES DISTRICT JUDGE**