# TAB C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LILA DAVIS                               :
    Plaintiff

v.                                       : CIVIL NO.: 3:01cv2204(DJS)

PILOT CORPORATION OF
AMERICA, ET AL                           :
    Defendants

### ORDER

The Motion for Extension of Time (Doc. #75) to respond to Defendant's Motion for Summary Judgment is hereby **GRANTED in part.** Plaintiff shall file a response by **July 12, 2004. No further extensions shall be granted.**

    IT IS SO ORDERED.

Dated at Hartford, Connecticut, this ___11th___ day of May, 2004.

                                                 /s/DJS
                                               Dominic J. Squatrito
                                               United States District Judge