# TAB D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. |
| Plaintiff, | 301CV2204(DJS) |
| v. | |
| PILOT CORPORATION OF AMERICA, | |
| | July 8, 2004 |
| Defendant. | |

## AFFIDAVIT OF ALISON JACOBS WICE IN SUPPORT OF
## DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS

I, Alison Jacobs Wice, being duly sworn, hereby depose and say that,

1. I am over twenty-one years of age, and I understand and believe in the obligations of an oath.

2. I make this affidavit freely based on my personal knowledge of the facts set forth herein.

3. I am an attorney in the law firm of Jackson Lewis LLP, counsel for the Defendant in the above-captioned matter.

4. At Plaintiff's deposition of Patricia Roberts on January 15, 2004, former counsel for Plaintiff Rebecca Johnson informed me that she was working for Max Brunswick on Plaintiff's case.

5. Counsel for Plaintiff represents in an affidavit dated July 3, 2004 and enclosed with Plaintiff's Motion for Sanctions dated July 2, 2004 that he left a voicemail message for the undersigned on June 14, 2004. I never received any such message and my records for that date do not include any time spent on work in the above-captioned matter.

6. My records show that the last telephone contact that I had with counsel for Plaintiff was on May 11, 2004, in conjunction with Plaintiff's request for an additional extension of time to respond to Defendant's Motion for Summary Judgment.

7. During the course of that May 11 call, counsel for Plaintiff asked whether Defendant would respond to the untimely, non-conforming discovery requests at issue in Plaintiff's March 11, 2004 Motion to Compel. I responded that Defendant had objected and the Court had not ruled on the March 11 Motion.

I have read the above 7 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

_____
Alison Jacobs Wice

Sworn to before me this
8th day of July, 2004

_____
Notary Public/Commissioner
of the Superior Court

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing AFFIDAVIT has been sent *via* first class mail, postage prepaid to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This ___ day of July 2004.

_____
Alison Jacobs Wice