UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LILA DAVIS**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv2204(DJS) |
| **PILOT CORPORATION OF AMERICA, ET AL**<br>    **Defendants** | : |

**ORDER**

The Plaintiff's Motion to Compel (Doc. #67) is hereby **GRANTED.** Discovery shall be opened for the limited purpose of compliance with this Order. Pursuant to the scheduling order issued January 26, 2004, discovery closed on February 13, 2004, ten days after plaintiff submitted her discovery request to defendants. Defendants **shall** respond in full **no later than July 23, 2004.**

Plaintiff **shall** submit a reply to the pending motion for Summary Judgment (Doc. #61) no later than **August 16, 2004. No further extensions shall be granted.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___16th___ day of July, 2004.

 /s/DJS
Dominic J. Squatrito
United States District Judge