UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 23  A 11: 30

LILA DAVIS,

    Plaintif-

vs.

PILOT CORPORATION OF AMERICA,

    Defendant

CIVIL ACTION
NO. 301CV2204 (DJS)

JULY 22, 2004

### WITHDRAWAL OF MOTION FOR SANCTIONS

The plaintiff hereby withdraws the motion for sanctions filed on July 3, 2004.

THE PLAINTIFF

BY _____
    MAX F. BRUNSWICK
    Her Attorney
    12 Trumbull Street
    New Haven, CT 06511
    (203) 562-4024
    Fed. Bar No. 05918

### CERTIFICATION

A copy of the foregoing was mailed to the following on 7/22/04:

    Michael J. Soltis, Esq.
    Jackson Lewis LLP
    177 Broad Street
    Stamford, CT 06904

_____
MAX F. BRUNSWICK