C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Lila R. Davis,<br>      Plaintiff | : NO. 3:01 CV 2204 (DJS)<br>:<br>: Jury Trial Demanded |
| Pilot Corporation of America,<br>      Defendant | : March 11, 2004 |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSE TO DISCOVERY

Now comes the Plaintiff, Lila R. Davis, by counsel and pursuant to Fed.R.Civ.P. 33, 37(a) moves that the Court compel responses to her discovery package dated and served on the Defendant on February 3, 2004. A photocopy of the said discovery package is attached hereto and marked Exhibit A. A photocopy of the envelope indicating the Defendant's refusal to accept the attempted delivery of the February 3, 2004 discovery is attached hereto and marked Exhibit B.

Clearly by refusing to accept service of the discovery package on the three listed occasions, the Defendant has engaged bad faith conduct which has resulted in unnecessary delays in the litigation of the pending case. For this reason, the Plaintiff requests that additional orders of this Court be issued requiring defense counsel to accept service of future mailings from the undersigned without unnecessary delay, subject to additional sanctions.

The Plaintiff,
Lila Davis

By: _____
Max F. Brunswick, Esquire
Attorney for the Plaintiff
12 Trumbull Street
New Haven, CT 06511
203/562-4024 (o)
203/782-5979 (f)

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

## CERTIFICATION

This is to certify that on this date a copy of the foregoing PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSE TO DISCOVERY has been hand delivered/forwarded via first class U.S. mail, postage prepaid to the following counsel and/or pro se parties of record:

Jackson, Lewis, Schnitzler & Krupman
177 Broad Street
P.O. Box 251
Stamford, CT  06904-0251

_____
Max F. Brunswick, Esquire