UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. |
| Plaintiff, | 301CV2204(DJS) |
| v. | |
| PILOT CORPORATION OF AMERICA, | |
| | August 18, 2004 |
| Defendant. | |

**AFFIDAVIT OF ALISON JACOBS WICE IN SUPPORT OF
DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

I, Alison Jacobs Wice, being duly sworn, hereby depose and say that,

1. I am over twenty-one years of age, and I understand and believe in the obligations of an oath.

2. I make this affidavit freely based on my personal knowledge of the facts set forth herein.

3. I am an attorney in the law firm of Jackson Lewis LLP, counsel for the Defendant in the above-captioned matter.

4. At Plaintiff's deposition of Patricia Roberts on January 15, 2004, former counsel for Plaintiff Rebecca Johnson informed me that she was working for Max Brunswick on Plaintiff's case.

5. I received a voicemail message from Plaintiff's counsel on the Jackson Lewis, LLP voicemail system, date stamped by that system as received on Thursday, August 5, 2004 at 3:37 p.m. That message stated:

> Attorney Wice, this is Attorney Max Brunswick. I was calling to discuss to see if we can negotiate the discovery objection that you raised in Davis versus Pilot Corporation of America, but was told you were on vacation and so is Michael Soltis and that nobody else is available who is authorized to negotiate such objection so maybe you can call me when you get back, but I'm probably because of time constraints I have to file a motion before then. My number is 203/562-4024.

6. I did not receive any other call or communication from Plaintiff's counsel prior to my receipt on August 10, 2004 of Plaintiff's Second Motion for Sanctions, dated August 5, 2004.

I have read the above 6 numbered paragraphs and they are true and complete to the best of my knowledge and belief.

*Alison Jacobs Wice*

Sworn to before me this
18 day of August 2004

~~Notary Public~~/Commissioner
of the Superior Court

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing AFFIDAVIT has been sent *via* first class mail, postage prepaid to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 18th day of August 2004.

_____
Alison Jacobs Wice