UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, : | CIVIL ACTION NO. |
| : | 301CV2204(DJS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PILOT CORPORATION OF AMERICA, : | |
| JOHN FARRARA, D/B/A PILOT : | |
| CORPORATION OF AMERICA, : | |
| and PATRICIA ROBERTS, D/B/A : | |
| PILOT CORPORATION OF AMERICA : | |
| : | August 30, 2004 |
| Defendants. : | |

## APPEARANCE OF TASOS C. PAINDIRIS

Please enter my appearance as attorney for Defendant Pilot Corporation of America.

This appearance is in addition to those on file.

By: _____
Tasos C. Paindiris
CT 16739
JACKSON LEWIS LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105
Phone: (860) 522-0404
Facsimile: (860) 247-1330
Email: paindirt@jacksonlewis.com

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing APPEARANCE has been sent, via regular mail, postage prepaid, to counsel of record:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 30th day of August 2004.

_____
Tasos C. Paindiris