UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:01V2204 (DJS) |
| : | |
| PILOT CORPORATION OF AMERICA, : | |
| PATRICIA ROBERTS, and : | |
| JOHN FARRARA, : | |
| : | |
| Defendants. : | |

## JUDGMENT

This action having come on for consideration of defendant Pilot Corporation of America's motion for summary judgment [dkt.#61] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the defendant Pilot Corporation of America's motion for summary judgment, and further

Defendants Patricia Roberts and John Farrara's motion to dismiss having been granted on February 26, 2002, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the defendant Pilot Corporation of America.

Dated at Hartford, Connecticut, this 1st day of August, 2005.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy in Charge

EOD _____