# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LILA DAVIS,
    Plaintiff

No. 3:01CV2204 (DJS)

VS.

PILOT CORPORATION OF AMERICA,
PATRICIA ROBERTS and JOHN FERRARA,
    Defendants

AUGUST 30, 2005

## NOTICE OF APPEAL

Notice is hereby given that Lila Davis, plaintiff in the above entitled case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment for the defendants on all counts of the complaint granting the defendants' motion for summary judgment, entered by the court in this action on August 1, 2005.

Dated at New Haven, CT, this 30th day of August, 2005.

THE PLAINTIFF

BY _____
MAX F. BRUNSWICK
Her Attorney
12 Trumbull Street
New Haven, CT 06511
(203) 562-4024
Fax: (203) 782-5979
Fed. Bar No. 05918

## CERTIFICATION

This is to certify that a copy of the foregoing notice of appeal was mailed on August 30, 2005, to the following:

>   Jackson Lewis, LLP
>   177 Broad Street
>   Stamford, CT 06904

---
MAX F. BRUNSWICK