# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

LILA DAVIS,                          :       APPEAL DOCKET NO.
                                     :       05-4746-CV
      Appellant,             :       3.01 CV 2204 (DJS)
                                     :
    v.                             :
                                     :
PILOT CORPORATION OF AMERICA,        :
                                     :       November 30, 2005
      Appellee.              :

## APPELLEE'S SUPPLEMENT TO APPELLANT'S INDEX TO RECORD ON APPEAL

Appellee, Pilot Corporation of America, submits this Supplement to Appellant's Index to Record on Appeal, dated November 23, 2005, to provide correct information concerning the Parties to this Appeal and the designation of a document on the docket below; and to add an additional entry to the Index of the Record on Appeal not included in Appellant's document.

1.     The caption under which Appellant filed her Index to Record on Appeal includes individuals, Patricia Roberts and John Ferrara, who were dismissed from the action below prior to the motion for and decision on summary judgment at issue in this Appeal.

2.     The Answer of Appellee, Pilot Corporation of America, entered on 1/04/02, is misdesignated; that Answer is document number #14 on the docket of proceedings below.

3.    The following should be added to the Index to Record on Appeal:

Memorandum in Support of Motion for Summary Judgment (with Exhibits A-G), filed by Pilot 3/01/04, #66.

Respectfully submitted,

APPELLEE,
PILOT CORPORATION OF
AMERICA,

By: _____
Michael J. Soltis (CT 07413)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT  06904-0251
(203) 961-0404
(203) 324-4704 (Facsimile)
soltism@jacksonlewis.com

ITS ATTORNEYS

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served, via regular mail,

postage prepaid, and by facsimile transmission to counsel of record at the following address:

Max F. Brunswick, Esq.
12 Trumbull Street
New Haven, Connecticut 06511
Fax (203) 782-5979

This 30th day of November, 2005.

Michael J. Soltis