NHcT
CV 01-cv-2204
Squatrito

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

LILA DAVIS,

    Plaintiff-Appellant,

v.

PILOT CORPORATION OF AMERICA,

    Defendant-Appellee.

APPEAL DOCKET NO.
05-4746-CV



May 9, 2006

## APPELLEE'S BILL OF COSTS

The above-captioned matter was heard by the U.S. District Court for the District of Connecticut and summary judgment was decided in favor of Defendant-Appellee, Pilot Corporation of America (hereinafter "Pilot" or "Defendant"). Plainitiff-Appellant Lila Davis appealed that judgment to the Second Circuit Court of Appeals. The Court of Appeals heard oral argument on the appeal on April 17, 2006. By Summary Order entered April 26, 2006, the Court affirmed summary judgment in favor of Pilot.

Pursuant to Federal Rule of Appellate Procedure 39, if a judgment is affirmed, costs are taxed against the appellant. Fed. R. App. P. 39(a)(2). Pursuant

A TRUE COPY
Rosann B. MacKechnie, CLERK

[signature]
DEPUTY CLERK

CERTIFIED: 5/30/06

to FRAP 39 and Local Rule 39, the following is a detailed itemization and verification of Pilot's costs in defending this appeal.

1. Costs of copies of Supplement to Appellant's Index to Record on Appeal ("Appellee's Index"). 616 pages at $0.20 per page; 10 copies for filing, pursuant to FRAP 30, and one copy served to Appellee. (See invoice attached hereto at Exhibit A.)   $1,355.20

2. Costs of copies of Appellee's Brief. 40 pages at $0.20 per page; 10 copies for filing, pursuant to Local Rule 31, and one copy served to Appellee. (See invoice attached hereto at Exhibit A.)   $88.00

3. Costs of Manual Service of Supplement to Appellant's Index to Record on Appeal. (See invoice attached hereto at Exhibit A.)   $90.00

**TOTAL   $1,533.20**

Respectfully submitted,

DEFENDANT-APPELLEE
PILOT CORPORATION OF
AMERICA,

JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (Facsimile)

By: _____
Michael J. Soltis (CT 07413)

STATEMENT OF COSTS
Taxed in the amount of $ _1,443.20_* in favor of
_Appellee_
FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
_Tracy W. Young_
Tracy W. Young, Motions Staff Attorney
MAY 2 4 2006
Date

* reduced per FRAP 39
and Local Rule 39
(no costs for filing
or service)

2

SHORT TITLE: DAVIS v. PILOT CORPORATION           DOCKET NO. 05-4746-CV

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing BILL OF COSTS has been served, via regular mail, postage prepaid, and by facsimile transmission to counsel of record at the following address:

> Max F. Brunswick, Esq.
> 12 Trumbull Street
> New Haven, CT 06511
> Fax (203 782-5979

This 4th day of May, 2006.

_____
Alison Jacobs Wice

A

RECEIVED BY
JAN 3 1 2006
JACKSON LEWIS STAMFORD

**COUNSEL PRESS LLC**
PO Box 1053
New York, NY 10018-9998
(212) 685-9800

PLEASE SEND PAYMENT TO
P.O. BOX 1053
NEW YORK, NY 10018-9998

## INVOICE

Jackson Lewis LLP

177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251

ATTENTION: Alison Jacobs Wice, Esq.

CASE NAME: Davis v. Pilot Corporation
COURT: USCOA - 2ND

| | |
|---|---|
| INVOICE NO.: | 6017067 |
| INVOICE DATE: | 01/19/2006 |
| FED.TAX I.D.# | 43-2070509 |
| CP FILE NO.: | 198575 |
| TERMS: | Due Upon Receipt |

For Reproduction of :

AMOUNT

Appellee's Appendix - (15 copies)

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| 1.00 | Cover(s) - 1st side | @ | 125.000 | $125.00 |
| 2.00 | Page(s) Table of Contents | @ | 95.000 | $190.00 |
| 614.00 | Pages | @ | 4.950 | $3,039.30 |
| 614.00 | Numbered Make Ready | @ | 0.250 | $153.50 |
| | 1 Serve & File | | | $90.00 |
| | Federal Express - Service(s) | | | $22.00 |
| | Federal Express - To Client | | | $28.00 |
| | Federal Express Advance | | | $20.00 |

Appellee's Brief - (15 copies)

| | | | | |
|---|---|---|---|---|
| | Preparation of Brief | | | $430.00 |
| | Conversion/File Creation | | | $50.00 |
| 1.00 | E-Service(s) | @ | 25.000 | $25.00 |
| | E-Filing | | | $35.00 |

This Invoice is Due Upon Receipt. Please Show
Invoice Number on Check When Making Payment

RH

| | |
|---|---|
| SUB-TOTAL: $ | 4,207.80 |
| | 0.00 |
| | 0.00 |
| APPLICABLE SALES TAX: $ | 252.47 |
| **INVOICE TOTAL: $** | **4,460.27** |

NEW YORK, NY - WASHINGTON, DC - LOS ANGELES, CA - RICHMOND, VA - PHILADELPHIA, PA - BOSTON, MA - BUFFALO, NY - ISELIN, NJ