UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, | CIVIL ACTION NO. 301CV2204(DJS) |
| Plaintiff, | |
| v. | |
| PILOT CORPORATION OF AMERICA, | February 21, 2007 |
| Defendant. | |

## MOTION FOR APPOINTMENT OF PERSON TO SERVE

Defendant moves this court to appoint State Marshal Charles Valentino, a qualified person over eighteen (18) years of age, residing in Bridgeport, Connecticut, and not a party to or attorney in this action to serve papers to serve papers, other than the summons and the complaint, in the above-entitled action for the reason that the Unites States Marshal Offices no longer makes service of private process (See Rule 4, F.R.Civ.P.)

Dated at Hartford, Connecticut this 21st day of February, 2007.

By: _____          February 21, 2007
Michael J. Soltis (CT 07413)            Date
Alison Jacobs Wice (CT21771)
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail:   soltism@jacksonlewis.com
          wicea@jacksonlewis.com

SO ORDERED,


By:_____
      Deputy Clerk

Dated:_____

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Motion for Appointment of Person to Serve Process been sent *via* first class mail to the following:

        Max F. Brunswick, Esq.
        12 Trumbull Street
        New Haven, Connecticut 06511

This 21st day of February, 2007.

                                              Alison Jacobs Wice