UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILA DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> PILOT CORPORATION OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO. <br> 301CV2204(DJS) <br><br><br><br><br> February 21, 2007 |

U.S. Court of Appeals for the Second CircuitDate of Judgment Mandate: May 22, 2006
40 Foley Square, Room 1803Date of Statement of Costs: May 24, 2006
New York, New York  10007

## WRIT OF EXECUTION
## (APPLICATION)

Pursuant to Federal Rule of Civil Procedure 69 and the United States Court of Appeals for the Second Circuit's Statement of Costs issued following Plaintiff's unsuccessful appeal in this matter (<u>Lila Davis v. Pilot Corp. of America</u>, Appeal Docket No. 05-4746-CV), Applicant, Pilot Corporation of America (Defendant in the underlying Action), hereby seeks a Writ of Execution of the Second Circuit's Order that Lila Davis (Plaintiff in the underlying Action) pay Costs in the amount of $1,443.20 to Applicant, Pilot Corporation of America.

On April 26, 2006, the Court of Appeals issued a Summary Order affirming the Judgment of this Court granting summary judgment in favor of Applicant, Pilot Corporation of America. The Court of Appeals affirmed its Summary Order Judgment by Mandate issued on May 22, 2006. Thereafter, on May 24, 2006, the Court of Appeals ordered Lila Davis, to pay Costs to Pilot Corporation of America. As of the date of this Application, Lila Davis, has failed to pay Costs, as ordered by the Court of Appeals.

In support of its Application for Writ of Execution, Pilot Corporation of America, submits the following:

NAME OF JUDGMENT CREDITOR MAKING APPLICATION: Pilot Corporation of America

NAME OF JUDGMENT DEBTOR:  Lila Davis, a natural person

1. AMOUNT OF COSTS: One Thousand Four Hundred Forty-Three and 20/100 Dollars ($1,443.20);

2. TOTAL PAID ON ACCOUNT: $0.00;

3. TOTAL UNPAID JUDGMENT: One Thousand Four Hundred Forty-Three and 20/100 Dollars ($1,443.20).

Respectfully Submitted,

PILOT CORPORATION OF AMERICA

By: _____     February 21, 2007
Michael J. Soltis (CT 07413)                  Date
Alison Jacobs Wice (CT21771)
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, Connecticut 06904
Tel. (203) 961-0404
Fax. (203) 324-0704
E-mail:   soltism@jacksonlewis.com
          wicea@jacksonlewis.com

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing WRIT OF EXECUTION (APPLICATION), with Exemption Claim Form JD-CV-5b, has been sent *via* first class mail to the following:

>Max F. Brunswick, Esq.
>12 Trumbull Street
>New Haven, Connecticut 06511

This 21st day of February, 2007.

_____
Allison Jacobs Wice